



**FILED** JN
10/26/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Michael Mayo

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

CCDOC Medical Staff

Cermak Health Services

Cook County Sheriff's Dept. Tom Dart CCDOC

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:21-cv-05014
Judge Robert M. Dow, Jr
Magistrate Judge M. David Weisman
PC7
Direct

**RECEIVED**

SEP 21 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: _____
(To be supplied by the Clerk of this Court)

**FILED**

SEP 21 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

___X___     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: *Michael Cooper Mayo*

B.  List all aliases: *N/A*

C.  Prisoner identification number: *2018112702 7*

D.  Place of present confinement: *Cook County Jail*
    *2700 South Califoria*

E.  Address: ~~2020200000~~ *Chicago, IL 60608*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: *CCDOC Medical Staff*

    Title: _____

    Place of Employment: *Cook County Jail*

B.  Defendant: *Cermak Health Services*

    Title: _____

    Place of Employment: *Cook County Jail*

C.  Defendant: *Cook County Sheriff's Dept: Tom Dart*

    Title: *Sheriff*

    Place of Employment: *Cook County Jail*

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _N/A_

B.  Approximate date of filing lawsuit: _N/A_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D.  List all defendants: _N/A_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F.  Name of judge to whom case was assigned: _N/A_

G.  Basic claim made: _N/A_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I.  Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 13, 2020 plaintiff became aware of the COVID-19 virus spreading throughout the jail. At the same time CCDOC decided to stop passing out soap. Grievance filed Mar 13, 2020 (Exhibt A) During this time all sevices were stopped (Law Librarian, sheet exchange, sick call, dentist, laundry, showers backed up, grievances are not given out) In addition guards sit outside deck offering no protection. On March 30, 2020 plaintiff filed grievance for no mask, gloves or hand sanitizer. There is no social distance on 3G which is a dorm with 38 men. (Exhibt B) On April 17, 2020 plaintiff tested positive for COVID-19 virus. On April 24, 2020 plaintiff filed grievance stating Cook County Sheriffs and Cermak health did not take appropriate measures to protect me from the virus. (Exhibt C) On May 2 2020 CCDOC was in violation of federal judges injuction on COVID-19. Plaintiff filed grievance on May 2, 2020 (Exhibt D) After plaintiffs' deck (division 8/3E) was quarantined, CCDOC continued to add newly infected inmates. Plaintiff filed grievance (Exhibt E)

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

CCDOC used COVID-19 virus as a reason to leave violence on 3₁ unchecked. Plaintiff's safty was in danger on a daily basis. Plaintiff filed grievance on May 4, 2020 (Exhibt F) On Sept. 7, 2020 Plaintiff filed grievance for the continued neglectful behavior as it relates to COVID-19 (Exhibt G)

As a result of testing positive for the COVID-19 virus I experience continued shortness of breath and I have not regained my taste.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I pray the court finds my claim both complete and accurate and find in favor of the plaintiffs for compensatory damages, punitive damages and nominal damages against each defendent jointly and severality.

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___11th___ day of ___Aug___, 20_21_

_Michael C. Mayo_
(Signature of plaintiff or plaintiffs)

_Michael Mayo_
(Print name)

_2018 1127027_
(I.D. Number)

_2700 South California_
_Chicago, IL 60608_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6



8

*Exhibit A*

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (*¡ Para ser llenado solo por el personal de Inmate Services !*)

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Mayo | Michael | 2018112 7027 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 8 | 3G | March 13, 2020 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricas, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| March 13, 2020 | all day | Division 8 / 3G | Tom Dart Cook County Sheriff Cook County Jail |

clean 43 and diabetic. Today I found out that we are no longer issued soap, in addition to that we are no longer able to buy soap from commissary. The County has decided to issue us .35oz Amer Fresh 3 in 1 packs. At a time when a virus is running rampet they take soap away. These 3 in 1 packs are not enough to last a week. Being diabetic along with my other health issue it is important that I stay clean! Now because of the soap issue we can not wash our clothes either. This is not health for anyone to live under these condition.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre de personal o presos que tengan información :)* | INMATE SIGNATURE : *(Firma del Preso):* |
|---|---|
| Sgt. Bowens and Officers on duty | Michael C. Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): W. Scale | SIGNATURE: W. Scale | DATE CRW/PLATOON COUNSELOR RECIEVED: 3-17-20 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

9

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

Scale 2020

| CONTROL NUMBER | INMATE # |
|---|---|
| 02963 | 794313 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** (Apellido del Preso): Mayo
**INMATE FIRST NAME** (Primer Nombre): Michael
**ID Number** (# de identificación): 2018-1127027

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 100 - Hygiene

**IMMEDIATE CRW RESPONSE** (if applicable):

**CRW / REFERRED THIS GRIEVANCE TO** (Example: Superintendent, Cermak Health Services): OBRTU - SUPT
**DATE REFERRED:** 3/18/20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Soap is passed out 2x weekly. There is no shortage of soap.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** [illegible]
**SIGNATURE:** [illegible]
**DIV/DEPT:** 08/RTU
**DATE:** 4/20/20

**INMATE SIGNATURE (Firma del Preso):** Delv via Covid 19 Proz [illegible]
**DATE RESPONSE WAS RECEIVED** (Fecha en que la respuesta fue recibida): 4/30/20

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

INMATE COPY

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso): May 15 2020

During the time this grievance was filed no soap was being distributed. This was during a period when COVID-19 was spreading rapidly in the Cook County Jail.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Sí) ☐  No ☒
(Apelación del preso aceptada por el administrador o/su designado(a)?)

Rec'd 5/13/20

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decision o recomendación por parte del administrador o/su designado(a).): It takes time to measures to take place due to the extenuating circumstances, of COVID-19

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador o/su Designado(a)): T02[illegible]
**SIGNATURE (Firma del Administrador o/su Designado(a)):** [illegible]
**DATE (Fecha):** 5/14/20 /2020

### THIS SECTION IS TO BE COMPLETED BY INMATE

**INMATE SIGNATURE (Firma del Preso):** Delv. via Covid 19 Proz [illegible]
**DATE APPEAL RESPONSE WAS RECEIVED** (Fecha en que la respuesta fue recibida): 5/26/20

(FCN-72) (NOV 17)  **(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)**

10



Exhibt B

11

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

*Exhibit B*

| CONTROL # | INMATE ID # |
|---|---|

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(!! Para ser llenado solo por el personal de Inmate Services !!)*

- ☒ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Mayo

**PRINT - FIRST NAME** *(Primer Nombre):* Michael

**INMATE BOOKING NUMBER** *(# de Identificación del Preso):* 20181127027

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3G

**DATE** *(Fecha):* March 30, 2020

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain offensive or harassing language.

The grievance issue must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, favor de ver a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones con la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| **REQUIRED -**<br>**DATE OF INCIDENT**<br>*(Fecha del Incidente)*<br>March 30, 2020 | **REQUIRED -**<br>**TIME OF INCIDENT**<br>*(Horad del Incidente)*<br>all day | **REQUIRED -**<br>**SPECIFIC LOCATION OF INCIDENT**<br>*(Lugar Específico del Incidente)*<br>Division 8 / 3G | **REQUIRED -** Tom Dart<br>**NAME and/or IDENTIFIER(S) OF ACCUSED**<br>*(Nombre y/o Identificación del Acusado)*<br>Cook County Sheriff<br>Cook County |
|---|---|---|---|

I am 43 years old and have a compromised immune system due to multiple health condition (Kidney failure, diabetes and high blood pressure). On multiple dates I have asked for protective gear such as mask, gloves or hand sanitizer, to date none of these things have been provided. In addition with the spread of the COVID 19 virus that has been identified on the 3rd floor where I am housed there has been no cleaning of the living area or the shower space in month. Our clothes are cleaned at best every 1-2 week. Finally what is even more crazy is the expectation of social distance in a space of about 3500 ft² with almost 40 men which bunks are only 36 inches apart.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información):* Cameras and staff

**INMATE SIGNATURE:** *(Firma del Preso):* Michael Mayo

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| **CRW/PLATOON COUNSELOR** (Print): | **SIGNATURE:** | **DATE CRW/PLATOON COUNSELOR RECIEVED:** 4-7-20 |
|---|---|---|
| **SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print): | **SIGNATURE:** | **DATE REVIEWED:** |

12

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

DAVIS

2020

CONTROL NUMBER: O3615   INMATE #: 779313

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME (Apellido del Preso): Mayo

INMATE FIRST NAME (Primer Nombre): Michael

ID Number (# de Identificación): 2018 1122 0587

GRIEVANCE ISSUE AS DETERMINED BY CRW: 006 - C.V. Issue. DOC

IMMEDIATE CRW RESPONSE (if applicable):

CRW REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): RPTU Sup DOC Admin (R)

DATE REFERRED: 4/10/20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Cell detainees have been given mask to wear

PERSONNEL RESPONDING TO GRIEVANCE (Print): R L

SIGNATURE:

DIV/DEPT: 08/RTU

DATE: 4/20/20

INMATE SIGNATURE (Firma del Preso): Delu via Covid 19 - Proc Chg

DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida): 4/30/20

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso:) May 15/2020

The first inmate with COVID-19 was taken of our deck in early March when we made our request for mask. It was not until mid April that we recived mask for after everyone on the deck was infected with COVID-19. This is like giving me a glass after someone poured milk on the floor!

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes (Sí) ☐   No ☒   Rcd 5/13/20

(Apelación del preso aceptada por el administrador o/su designado(a)?)

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a):)

ORIGINAL RESPONSE STANDS

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a):):

DATE (Fecha): 5/14/20   2020

INMATE SIGNATURE (Firma del Preso): Delu. via Covid 19 Proc

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibido) 5/20/20

(FCN-72) (NOV 17)   **(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY – C.R.W.)**   **(PINK COPY – INMATE)**

13



14

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

*Exhibt C*

CONTROL # _____

INMATE ID # 7 94312

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☒ Emergency Grievance
☐ Grievance
☒ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

PRINT - INMATE LAST NAME *(Apellido del Preso):*
Mayo

PRINT - FIRST NAME *(Primer Nombre):*
Michael

INMATE BOOKING NUMBER *(# de identificación del Preso)*
20181127027

DIVISION *(División):*
8

LIVING UNIT *(Unidad):*
3G

DATE *(Fecha):*
April 24, 2020

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)*
4-1-20 on going

REQUIRED - TIME OF INCIDENT *(Horad del Incidente):*
on going

REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)*
Division 8/3G

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)*
Tom Dart
Cook County Sheriff
Medical Staff

I have been in the custody of the Cook County Sheriff since Nov. 27, 2018. I have been exposed to and tested positive for COVID-19 due to the condition at the Cook County Jail. The Sheriff have not taken appropriate measures to protect me from the virus.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)*
Camera / Staff

INMATE SIGNATURE *(Firma del Preso):*
Michael Mayo

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED:
5/17/00

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

(FCN-73)(NOV 17)     (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

15



16

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

*Exhibit D*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
|  |  |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !    *(! Para ser llenado solo por el personal de Inmate Services !)*

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other:_____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Mayo | Michael | 20181127027 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 8 | 3G | ~~Apr.~~ May 2, 2020 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| May 2, 2020 | May 2, 2020 12:01 AM | Division 8 / 3G | Tom Dart Cook County Sheriffs |

I am in the custody of CCDOC. On April 27 2020 a federal judge placed an injuction on CCDOC requiring them to provide daily mask to all inmates, hand sanitizer, stop the use of bullpen and group housing. CCDOC was given until Friday May 1, 2020 to comply with this order. As of May 2, 2020 CCDOC is still in violation of this federal judge injuction.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso)* |
|---|---|
| Cameras and staff. | Michael Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Supt. Ufemberlin | | 5-4-20 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| Swangu | Wen | 5-11-20 |

(FCN-73)(NOV 17)    **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)

17

INMATE COPY

Swonigan

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

2010

| CONTROL NUMBER | INMATE # |
|---|---|
| 4744 | 794313 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Mayo | Michael | 2010/12 7027 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** CCJ CCOID-19

**IMMEDIATE CRW RESPONSE (if applicable):**

Grievance Staff notified already 4/14

**CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):**

**DATE REFERRED:** 5 / 12 / 20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

[handwritten response, illegible]

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | 18/101 | 5/ /20 |

**INMATE SIGNATURE (Firma del Preso):** Michael Mayo

**Delv Via COVID19**

**DATE RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida) 5 / 19 / 2020

### INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso:) May / 26 / 2020

During the time my original grievance was filed none of the above mentioned was being done. It has become a practice of CCDOC to not respond to a grievance until they have had a chance to some what fix the problem. If there was never a problem why would I write a grievance?

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** (Apelación del preso aceptada por el administrador o/su designado(a)?)  Yes (Sí) ☐  No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decisión o recomendación por parte del administrador o/su designado(a):)

CCDOC is in compliance with all current court orders, as well as all state and CDC guidelines.

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): |
|---|---|---|
| Rezko | | 6/4/20 |

**INMATE SIGNATURE (Firma del Preso):**

**Delv Via COVID19**

**DATE APPEAL RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida) 6 / 12 / 2020

(FCN-72) (NOV 17)    (WHITE COPY - INMATE SERVICES)

18



19

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

*Exhibt E*

| CONTROL # | INMATE ID # |
|---|---|

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !    (¡Para ser llenado solo por el personal de Inmate Services !)

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other:_____

| PRINT - INMATE LAST NAME (Apellido del Preso): Mayo | PRINT - FIRST NAME (Primer Nombre): Michael | INMATE BOOKING NUMBER (# de identificación del Preso): 2018 1127027 |
|---|---|---|
| DIVISION (División): 8 | LIVING UNIT (Unidad): 3G | DATE (Fecha): May 2, 2020 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente): on going | REQUIRED - TIME OF INCIDENT (Horad del Incidente): On going | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente): Division 8/3G | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado): Tom Dart / Medical Staff Cook County Sheriffs Cook County Jail |
|---|---|---|---|

On April 17, 2020 most of the inmate on 3G division 8 tested positive for COVID-19 virus. The 5 inmate that did not test positive were moved to 3F. Those of us that were left on 3G were told we were being placed under quarantine for two weeks. For the past two week week multiple inmate who tested positive have been added to our deck. According to a statement made by the head nurse Ms. Anderson on May 1, 2020 individuals who had COVID-19 and recovered can be re infected if re exposed to the virus. According to a statement made by Dr. Ennis on May 1 2020 CCDC is adding newly infected inmate with our deck to see if we become infected. We are lab rats!

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o preso que tengan información:) Cermak, Nurse Anderson, Dr Ennis | INMATE SIGNATURE: (Firma del Preso): Michael Mayo |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): Supt. Lindle | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 5-4-20 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: 5/1/20 |

(FCN-73)(NOV 17)    **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)

20

Swanigan

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

CONTROL NUMBER: C4747
INMATE #: 744313
2020

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME (Apellido del Preso): Mayo
INMATE FIRST NAME (Primer Nombre): Michael
ID Number (# de Identificación): 2018110 7637

GRIEVANCE ISSUE AS DETERMINED BY CRW: CCS - COVID-19

IMMEDIATE CRW RESPONSE (if applicable):

PTU Divisions Notified immdiatly

CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): Cermak

DATE REFERRED: 5 / 12 / 20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Cermak provides/dispense obligation of conservation Divers are given daily a remain of quarined at ... time if you have not, and if you, did not Tom divers for incons-for the Compliance ..... on ..... to Facility Executive ..... research assign ...... dont point ....

PERSONNEL RESPONDING TO GRIEVANCE (Print): Susan Shebel
SIGNATURE: Susan Shebel RN
DIV/DEPT:
DATE: 6 / 2 / 20

INMATE SIGNATURE (Firma del Preso): Delv. via COVID 19 Doc. Chng
DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida): 6 / 9 / 2020

### INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)
#### THIS SECTION IS TO BE COMPLETED BY INMATE

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso:) June / 16 /2020

The facts are the facts. I can prove the allegations because I heard it with my own ears.

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes (Si) ☐   No ☒
(Apelación del preso aceptada por el administrador o/su designado(a)?)

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a):)

Research activities have not been conducted.

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a):) Anna Fiukews
SIGNATURE (Firma del Administrador o/su Designado(a):)
DATE (Fecha): 06 / 19 / 20

#### THIS SECTION IS TO BE COMPLETED BY INMATE
INMATE SIGNATURE (Firma del Preso): Delv. via CIVID 19 Doc. Chng
DATE APPEAL RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida): 6 / 22 / 2020

(FCN-72) (NOV 17)   **(WHITE COPY** – INMATE SERVICES)   **(YELLOW COPY** – C.R.W.)   **(PINK COPY** – INMATE)

21

Exhibt F

22

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)* (1 of 3)

*Exhibt F*

| CONTROL # | INMATE ID # |
|---|---|
| 2020 * 04912 | 794313 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☒ Other: O.P.R - I.S

| PRINT - INMATE LAST NAME *(Apellido del Preso):* Mayo | PRINT - FIRST NAME *(Primer Nombre):* Michael | INMATE BOOKING NUMBER *(# de identificación del Preso)*: 20181127027 |
|---|---|---|
| DIVISION *(División):* 8 | LIVING UNIT *(Unidad):* 3G | DATE *(Fecha):* May 4, 2020 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control y/o ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente):* April 22, 2020 April 24, 2020 May 2, 2020 | REQUIRED - TIME OF INCIDENT *(Horad del Incidente):* Various | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente):* Division 8 / 3G | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* Tom Dact / Medical Staff Cook County Sheriffs |
|---|---|---|---|

In the Cook County Department of corrections inmate information hand book. Chapter 3 inmates rights privileges and services page 9. Number 11 state, "You should feel safe in your living unit." I am housed in division 8 / 3G in less than 2 weeks I have experienced three violent attack by inmate with little or no assistance from CCDOC. On April 22, 2020 I witnessd a vicious attack on an inmate who slept in bunk 3613. This inmate was attacked by a mob of inmate in the bathroom. there was never any assistance from CCDOC.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* Cameras and Staff | INMATE SIGNATURE *(Firma del Preso):* Michael Mayo |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): FREEMAN | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 12 MAY 20 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)* (2 of 3)

| CONTROL # | INMATE ID # |
|---|---|
| 2020X04912 | 794313 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- [X] Emergency Grievance
- [ ] Grievance
- [ ] Non-Compliant Grievance

- [ ] Cermak Health Services
- [ ] Superintendent: _____
- [X] Other: O.P.R - I.S

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: Mayo | PRINT - FIRST NAME *(Primer Nombre)*: Michael | INMATE BOOKING NUMBER *(# de identificación del Preso)*: 2018117707 7 |
|---|---|---|
| DIVISION *(División)*: 8 | LIVING UNIT *(Unidad)*: 3G | DATE *(Fecha)*: May 4, 2020 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solicitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* Torn Doct/Medical Staff |
|---|---|---|---|
| Apr 27, 2020 Apr 29 2020 May 2, 2020 | Various | Division 8/3G | Cook County Sheriffs |

The inmate stumbled to the front door bleeding and with multiple contusions. On April 29, 2020 I was moved and witnessed seeing attacks to a fellow inmate that included him being hit with a computer and attacked by more than five inmate. I witnessed him beating on the security glass while he screamed for help from Cook County Sheriff. Once again there was no assistance for over an hour. On May 2, 2020 I witnessed a brutal fight between two inmate. Even after several minutes of them beating each other to a bloody pulp no sheriff

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* Cameras and Staff | INMATE SIGNATURE: *(Firma del Preso)*: Michael Mayo |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 12 MAY 2020 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

24



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso) (3053)



| CONTROL # | INMATE ID # |
|---|---|

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !    (¡Para ser llenado solo por el personal de Inmate Services !)

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☒ Superintendent K - I.S.
☐ Other: _____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso): |
|---|---|---|
| Mayo | Michael | 20181127027 |
| DIVISION (División): 8 | LIVING UNIT (Unidad): 3 G | DATE (Fecha): May 4, 2020 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| April 22, 2020 Apr. 29, 2020 May 3, 2020 | Various | Division 8 / 3G | Tom Dart / Medical Staff Cook County Sheriff |

entered the deck. The only assistance that was given was one
sheriff yelling "Stop fighting" to the inmate. As a result of this
unchecked violence I can not sleep and when I do sleep I have violent
nightmare. After enduring the stress of no court, testing positive for
COVID19 and the neglectful behavior of CCDOC I am requesting
a psych evaluation.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| Camera and Staff | Michael Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT,
AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): FREEMAN | SIGNATURE: Freeman | DATE CRW/PLATOON COUNSELOR RECEIVED: 12 MAY 2020 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)    25

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

*Sreemon*

2020 *       CONTROL NUMBER: 04912       INMATE #: 794313

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME (Apellido del Preso):** MAYO

**INMATE FIRST NAME (Primer Nombre):** MICHAEL

**ID Number (# de Identificación):** 2018-1127027

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 080D: FAILURE TO PROTECT.

**IMMEDIATE CRW RESPONSE (if applicable):** CRW can provide inmate with CHS Request form for any medical or medicinal issues from alleged incident.

**CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):** O.P.R.I.S.

**DATE REFERRED:** 05,12,20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

SEE ATTACHED

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** SUPV LFENDERSN

**SIGNATURE:** _(signature)_

**DIV./DEPT.** ISADMN

**DATE:** 5,12,20

**INMATE SIGNATURE (Firma del Preso):** Delv. via COVID 19 Proc Chng.

**DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)** 5,12,2020

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

INMATE COP

**DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso:)** May 14 / 2020

I have never been given a medical request form during this period. Only a sign up sheet, which I was the first on the list but was never called. Cook County Sheriff, did not take appropriate measures to protect me. Please review cameras to support my claim.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Sí) ☐ No ☑
(Apelación del preso aceptada por el administrador o/su designado(a)?)

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decisión o recomendación por parte del administrador o/su designado(a):)
Original Response to Stand.

**INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):** J Mueller

**SIGNATURE (Firma del Administrador o/su Designado(a)):** _(signature)_

**DATE (Fecha):** 5,27,20

### THIS SECTION IS TO BE COMPLETED BY INMATE

**INMATE SIGNATURE (Firma del Preso):** Delv. w/in Covid19 Proc Chg

**DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)** 5,28,20

(FCN-73) (NOV 17)

26

# Inmate Grievance Number: <u>2020x04912</u>
## *Numero De Queja*

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

*Su alegación(es) han sido enviadas a la Oficina del Departamento de Revisión Professional (OPR) y al Superintendente de la División para una revisión y/o investigación.*

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below *or* submitting an inmate request form, to speak with the Divisional Superintendent.

*Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión Professional (OPR) de manera directa, utilizando la dirección que está en la parte de abajo o sometiendo una Forma de Solicitud del Preso para poder hablar con el Superviniente de la División.*

To exhaust your administrative remedy (regardless of the OPR investigation review, determination or outcome) you must appeal this immediate grievance response within 15 calendar days.

*Con el fin de agotar los recursos administrativos (independiente de la revisión de la investigación, decisión o el resultado de OPR) usted debe apelar la respuesta principal de esta queja dentro los 15 días calendarios.*

**Office of Professional Review**
**3026 S. California Ave**
**Building 2 / 4th floor**
**Chicago, Illinois 60608**

# INMATE COPY

27



Exhibt G

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM** (1 of 2)
(Formulario de Queja del Preso)

_Exhibt G_

| CONTROL # | INMATE ID # |
|---|---|

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (! Para ser llenado solo por el personal de Inmate Services !)

- ☒ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other: _____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso): |
|---|---|---|
| Mayo | Michael | 2018I127027 |
| **DIVISION** (División): 8 | **LIVING UNIT** (Unidad): 3G | **DATE** (Fecha): Sept. 7, 2020 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibirá a no someter una apelación sobre la decisión dada en los 15 días calendarias.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| **REQUIRED -** **DATE OF INCIDENT** (Fecha del Incidente) | **REQUIRED -** **TIME OF INCIDENT** (Horad del Incidente) | **REQUIRED -** **SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del Incidente) | **REQUIRED -** Cermak Health **NAME and/or IDENTIFIER(S) OF ACCUSED** (Nombre y/o identificación del Acusado) |
|---|---|---|---|
| Sept. 7, 2020 | 12:00 - 12:30 pm | Division 8/3G | Cook County Sheriffs Tom Dart |

Today between 12:00-12:30pm our deck, division 8/3G was notified that an inmate had once again tested positive for COVID-19 virus. I tested positive for the COVID-19 virus on April 7, 2020 (I was retested on Aug. 11, 2020 with a negative result) On March 30, 2020 I notified CCDOC through a grievance that the conditions in division 8/3G were not conducive to a safe COVID-19 free environment. In the inmate grievance response/appeal form CCDOC stated "All detainees have been given mask to wear." (Control #2020-03615)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información): | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| Nurse Anderson / Staff / Camera / Mr Arias | Michael Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): J. Reed (WLim) | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 9/8/00 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)    **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM** (2 of 2)
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !    (! Para ser llenado solo por el personal de Inmate Services !)

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

PRINT - INMATE **LAST** NAME *(Apellido del Preso):*
Mayo

PRINT - **FIRST** NAME *(Primer Nombre):*
Michael

INMATE BOOKING NUMBER *(# de identificación del Preso):*
2018127027

DIVISION *(División):*
8

LIVING UNIT *(Unidad):*
3G

DATE *(Fecha):*
Sept. 7, 2020

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente):* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente):* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente):* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado):* |
|---|---|---|---|
| Sep 7, 2020 | 12:00 - 12:30 pm | Division 8/3G | Cermak Health Cook County Sheriffs Tom Dart |

CCDOC has had month to correct there neglectful behavior, but has done little to nothing to improve our living conditions. We are still on a deck with 39 men who sleep with in 36 inches of each other, but according to a grievance response dated 5/12/20 #2020-4799 - CCDOC is in compliance with all current court _____, as well as all state and CDC guidelines." We are now being subjected to re-infection and have been quarantined for 21 days. Re-infected inmate Efrain Arias #20180127004

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)*
Mr. Anderson / Staff / Cameras     Mr. Arias

INMATE SIGNATURE: *(Firma del Preso):*
Michael Mayo

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 9/8/20 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

FCN-73)(NOV 17)     **(WHITE COPY** – INMATE SERVICES)     **(YELLOW COPY** – CRW/PLATOON COUNSELOR)     **(PINK COPY** – INMATE)

30



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

 INMATE COPY

Sneed

| CONTROL NUMBER | INMATE # |
|---|---|
| 2020114882 | 794313 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** (Apellido del Preso): Mallo

**INMATE FIRST NAME** (Primer Nombre): Michael

**ID Number** (# de Identificación): 2018127027

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** Other-CV Issues Div

**IMMEDIATE CRW RESPONSE** (if applicable):

**CRW/ REFERRED THIS GRIEVANCE TO** ( Example: Superintendent, Cermak Health Services ): DIV 8-TY-Supt

**DATE REFERRED:** 9 / 9 / 20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

The CCSO has implemented procedures to reduce the spread of Covid-19 with guidance from the CDC and other health organizations

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** T. Boutte #726

**SIGNATURE:** T Boutte

**DIV./DEPT.** RTU

**DATE:** 9 / 18 / 2020

**INMATE SIGNATURE** (Firma del Preso): Deliv. via COVID 19

**DATE RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida) 09 / 22 / 20

## INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso:) Sept / 22 / 2020

The Cook County Sheriffs and Cermak Health have not done enough to protect me because they refuse to social distance in division 8. We are still housed in a dorm setting with almost 40 men with serious health issues.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
(Apelación del preso aceptada por el administrador o/su designado(a)?) **Yes (Si)** ☐ **No** ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decision o recomendación por parte del administrador o/su designado(a):)

CCDOC is in compliance with all current Covid-19 guidelines

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador o/su Designado(a)): Rezro

**SIGNATURE** (Firma del Administrador o/su Designado(a):):

**DATE** (Fecha): 9 / 28 / 20

**INMATE SIGNATURE** (Firma del Preso): THIS SECTION IS TO BE COMPLETED BY INMATE

Delv Via COVID19

**DATE APPEAL RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida) 10 / 1 / 20

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

31

CERTIFIED MAIL

7018 3090 0000 1751 4486

2021 SEP 21 AM 9:44

Prisoner Correspondent
U.S. District Court 20th Floor
219 South Dearborn
Chicago, IL 60604

Michael Mayo
2018112027
2700 South California
Chicago, IL 60608

09/21/2021-12