LM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED

SEP 0 1 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

*Michael Mayo*

Judge: Hon. Robert M. Dow Jr.

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*Tom Dart*

Case No: *21-CV-05014*
(To be supplied by the <u>Clerk of this Court</u>)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

*Amended Complaint*

**CHECK ONE ONLY:**

X    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

**COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

**OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.** **Plaintiff(s):**

A. Name: _Michael Cooper Mayo_

B. List all aliases: _N/A_

C. Prisoner identification number: _20181127027_

D. Place of present confinement: _Cook County Jail_

E. Address: _2700 South California Chicago, IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _Tom Dart_

Title: _Cook County Sheriff_

Place of Employment: _Cook County Dept. of Corrections_

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 13, 2020 plaintiff became aware of the COVID-19 virus spreading throughout the jail. At the same time CCDOC decided to stop passing out soap. Grievance filed Mar 13, 2020 (Exhibt A) During this time all sevices were stopped (Law Librarian, sheet exchange, sick call, dentist, laundry, showers backed up, grievances are not given out) In addition guards sit outside deck offering no protection. On March 30, 2020 plaintiff filed grievance for no mask, gloves or hand sanitizer. There is no social distance on 3G which is a dorm with 38 men.: On April (Exhibt B) 17, 2020 plaintiff tested positive for COVID-19 virus. On April 24, 2020 plaintiff filed grievance stating Cook County Sheriffs and Cermak health did not take appropriate measures to protect me from the virus, (Exhibt C) On May 2 2020 CCDOC was in violation of federal judges injuction on COVID-19. Plaintiff filed grievance on May 2, 2020 (Exhibt D) After plaintiffs deck (division 8/3G) was quarantined, CCDOC continued to add newly infected inmates. Plaintiff filed grievance (Exhibt E)

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

CCDOC used COVID-19 virus as a reason to leave violence on 3L unchecked. Plaintiff's safety was in danger on a daily basis. Plaintiff filed grievance on May 4, 2020 (Exhibt F) On Sept. 7, 2020 Plaintiff filed grievance for the continued neglectful behavior as it relates to COVID-19 (Exhibt G) Tom Dart created or was aware of a policy he endorced which allowed inmates from other divisions with a violent or disruptive demeanor to be housed with inmates that did not have this history. This policy was created due to the COVID-19 virus. Had it not been for this policy these violent disruptive inmates would never have been housed in a dorm setting. This policy also prevented moving these violent and disruptive inmates without the approval of a director. For this reason many of these inmates remained in a dorm setting regardless of their behavior.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Dec. 30, 2021, nearly two years later with multiple variations of the COVID-19 virus running campant, CCDOC (Tom Dart) continues to put my life in danger. During the later part of December 2021, an inmate by the name of Donald Hayward (inmate #A47947) was placed on my deck of 3E. Donald was presumed cleared of the COVID-19 virus (after testing positive) when placed on 3E. During Donald's short stay on 3F he complained to medical and security staff of not feeling well. Not until a week of Donald's complaints was he removed from the deck and tested for the COVID-19 virus. (Dec. 30, 2021) The following day Donald was replaced by Marice Fullson, who came directly off the street. Mr Fullson was not tested for COVID-19 nor was he placed in in quarantine, which is protocal for someone coming right off

4                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

the street. On the morning of Dec. 31, 2021 our tier of 3F was informed that Donald Haywood had tested positive for the COVID-19 virus and our deck was now on quarantine. It is clear from these two situations CCDOC nor Tom Dart have learned from their mistakes.

On Feb 9, 2022 inmate Earl Wilson was removed from our deck because of exposure to COVID-19. This is now the 2nd time we have been placed under quaratine in less than a month. The jail claims they are taking steps to protect us, but they are not working. We have been asking for handsanitizer for over a week with no results. The mask that are provided are the cheapest on the market. Worldwide it has been advised that the KN95 mask be used to protect from the COVID-19 virus. (Exhibt H) With an organizetiun. of this size Tom Dart should have developed protecals that really reduce the spread off the virus. For the next several months the virus jumped from one person to another on our deck, causing us to be on what seemed to be an endless period of quarantine and loss of court dates.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking compensatory, punitive and nominal damages. Allso any awards the court finds proper and just.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _19th_ day of _Aug_ , 20 _22_

_Michael Mayo_
(Signature of plaintiff or plaintiffs)

_Michael Mayo_
(Print name)

_20181127027_
(I.D. Number)

_2700 South California_
_Chicago, IL 60608_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL #: _____  INMATE #: _____

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Mayo

**PRINT - FIRST NAME** *(Primer Nombre):* Michael

**INMATE BOOKING NUMBER** *(# de identificación del Preso):* 20181127027

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3G

**DATE** *(Fecha):* March 13, 2020

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned to a control #, to be appealed and/or to exhaust remedies.**
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance form must not contain more than one issue.
The grievance form must not contain offensive or harassing language.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outside hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibe y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| March 13, 2020 | all day | Division 8/3G | Tom Dart, Cook County Sheriff, Cook County Jail |

I am 43 and diabetic. Today I found out that we are no longer issued soap. In addition to that we are no longer able to buy soap from commissary. The County has decided to issue us .35 oz Amer Fresh 3 in 1 packs. At a time when a virus is running rampid they take soap away. These 3 in 1 packs are not enough to last a week. Being diabetic along with my other health issues it is important that I stay clean! Now because of the soap issue we can not wash our clothes either. This is not healthy for anyone to live under these conditions.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información):* Sergt. Berry and Officers on duty

**INMATE SIGNATURE:** *(Firma del Preso):* Michael C. Mayo

SUPERINTENDENT/DIRECTOR, DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): W. Scale | SIGNATURE: W. Scale | DATE CRW/PLATOON COUNSELOR RECIEVED: 3-17-20 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

2020

CONTROL NUMBER: 02963    INMATE #: 794313

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME: Mayor
INMATE FIRST NAME (Print): Michael
ID Number (# de Identificación): 2018-1127027

GRIEVANCE ISSUE AS DETERMINED BY CRW: 100 - Hygiene

IMMEDIATE CRW RESPONSE (if applicable):

CRW REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): Cermak Supt.

DATE REFERRED: 3/18/20

RESPONSE BY PERSONNEL HANDLING REFERRAL

Soap is passed out 2x weekly. There is no shortage of soap.

PERSONNEL RESPONDING TO GRIEVANCE (Print):
SIGNATURE:
DN/REFT.: 08/KOU
DATE: 4/20/20

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 4/30/20

INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

INMATE COPY

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* May 15, 2020

During the time this grievance was filed no soap was being distributed. This was during a period when COVID-19 was spreading rapidly in the Cook County Jail.

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?    Yes *(Sí)* ☐    No ☑    Rec'd 5/13/20

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*
It takes time to measures to take place due to the extenuating circumstances, of COVID-19.

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):* TOZK
SIGNATURE *(Firma del Administrador o/su Designado(a)):*
DATE *(Fecha):* 5/14/20/2020

THIS SECTION IS TO BE COMPLETED BY INMATE

INMATE SIGNATURE *(Firma del Preso):* Edw. via Covid 19 Proz
DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 5/26/20

(FCN-72) (NOV 17)    **(WHITE COPY – INMATE SERVICES)**    (YELLOW COPY – C.R.W.)    **(PINK COPY – INMATE)**



Exhibt B



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL #                    INMATE ID #

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de Identificación del Preso)* |
|---|---|---|
| Mayo | Michael | 20181127027 |
| DIVISION *(División):* <br> 8 | LIVING UNIT *(Unidad):* <br> 3G | DATE *(Fecha):* <br> March 30, 2020 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad ó custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - <br> DATE OF INCIDENT <br> *(Fecha del Incidente)* | REQUIRED - <br> TIME OF INCIDENT <br> *(Horad del Incidente)* | REQUIRED - <br> SPECIFIC LOCATION OF INCIDENT <br> *(Lugar Específico del Incidente)* | REQUIRED - Tom Dart <br> NAME and/or IDENTIFIER(S) OF ACCUSED <br> *(Nombre y/o Identificación del Agusado)* |
|---|---|---|---|
| March 30, 2020 | all day | Division 8 / 3G | Cook County Sheriff <br> Cook County |

I am 43 years old and have a compromised immune system due to multiple health conditions (Kidney failure, diabetes and high blood pressure). On multiple dates I have asked for protective gear such as mask, gloves or hand sanitizer, to date none of these things have been provided. In addition with the spread of the COVID19 virus, that has been identified on the 3rd floor where I am housed there has been no cleaning of the living area or the shower space in months. Our clothes are cleaned I bet every 1-7 weeks. Finally what is even more crazy is the expectation of social distance in a space of about 3500ft² with almost 40 men whos bunks are only 36 inches apart.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: <br> *(Nombre del personal o presos que tengan información:)* <br> Cameras and staff | INMATE SIGNATURE: *(Firma del Preso):* <br> Michael Mayo |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): <br> D v S | SIGNATURE | DATE CRW/PLATOON COUNSELOR RECIEVED: <br> 4 · 9 · 20 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)
## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/Apelación)

DAVIS
2020
CONTROL NUMBER: 03615
INMATE #: 798313

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME (Apellido del Preso):** Mayo
**INMATE FIRST NAME (Primer Nombre):** Michael
**ID Number (# de Identificación):** 20181120237

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** OOto C.V. Issue OOC

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):** Satu Swy DOC. Adaniss (R)

**DATE REFERRED:** 4-10-20

RESPONSE BY PERSONNEL HANDLING REFERRAL

all detainees have been given mask to wear

**PERSONNEL RESPONDING TO GRIEVANCE (Print):**
**SIGNATURE:**
**DIV./DEPT:** 08/HDR
**DATE:** 4-20-20

**INMATE SIGNATURE (Firma del Preso):** Cairo 19 - Race Chy
**DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)** 4-30-20

INMATE'S REQUEST FOR AN APPEAL / Solicitud de Apelación del Preso

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

INMATE COPY

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso:) May 15 2020

The first inmate with COVID-19 was taken of our deck in early March when we made an request for mask. It was not until mid April that we recived mask for after everyone on the deck was infected with COVID 19. This is like giving me a glass after someone poured milk on the floor!

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Si) ☐ No (No) ☒
(Apelación del preso aceptada por el administrador o/su designado(a)?).
RED 5/13/20 BR

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decisión o recomendación por parte del administrador o/su designado(a):)

ORIGINAL RESPONSE STANDS

**INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado/a):** Ozks
**SIGNATURE (Firma del Administrador o/su Designado(a):):**
**DATE (Fecha):** 5/14/20 2020

**INMATE SIGNATURE (Firma del Preso):** Dell. WHA Cov 19 Proc
**DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)** 5/20/20

(FCN-72) (NOV 17)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)



Exhibt C

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL #

INMATE ID #

7 94313

☑ Emergency Grievance
☐ Grievance
☑ Non-Compliant Grievance

☑ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT – INMATE LAST NAME *(Apellido del Preso)*: | PRINT – FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Mayo | Michael | 20181127027 |
| **DIVISION** *(División)*: 8 | **LIVING UNIT** *(Unidad)*: 3G | **DATE** *(Fecha)*: April 24, 2020 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned to a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The relevance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya la recibió una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED – DATE OF INCIDENT *(Fecha del Incidente)*: | REQUIRED – TIME OF INCIDENT *(Horad del Incidente)*: | REQUIRED – SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED – NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| on going | on going | Division 8/3G | Tom Dart Cook County Sheriff Medical Staff |

I have been in the custody of the Cook County Sheriff since Nov. 27, 2018. I have been exposed to and tested positive for COVID-19 due to the conditions at the Cook County Jail. The Sheriffs have not taken appropriate measures to protect me from the virus.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| Cameras / Staff | Michael Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: 5/7/20 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



Exhibt D



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL #

INMATE ID #

☑ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
Mayo

**PRINT - FIRST NAME** *(Primer Nombre):*
Michael

**INMATE BOOKING NUMBER** *(# de identificación del Preso)*
20181127027

**DIVISION** *(División)*
8

**LIVING UNIT** *(Unidad):*
3G

**DATE** *(Fecha):*
May 2, 2020

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

[guidelines text]

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

[Spanish guidelines text]

**REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente)*
May 2, 2020

**REQUIRED - TIME OF INCIDENT** *(Horad del Incidente)*
May 2, 2020 12:01 AM

**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente)*
Division 8/3G

**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado)*
Tom Dart
Cook County Sheriffs

I am in the custody of CCDOC. On April 27, 2020 a federal judge placed an injuction on CCDOC requiring them to provide daily mask to all inmates, hand sanitizer, stop the use of bullpins and group housing. CCDOC was given until Friday May 1, 2020 to comply with this order. As of May 2, 2020 CCDOC is still in violation of this federal judges injuction.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
Cameras and staff

**INMATE SIGNATURE:** *(Firma del Preso):*
Michael Mayo

**CRW/PLATOON COUNSELOR (Print):**
Supt LFENDERSN

**SIGNATURE:**

**DATE CRW/PLATOON COUNSELOR RECIEVED:**
5-4-20

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
Swanga

**SIGNATURE:**
wan

**DATE REVIEWED:**
5-11-20

(FCN-73)(NOV 17)  (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

**INMATE COPY**

Swanigan

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

CONTROL NUMBER
2026 4799 794313

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Mayo | Michael | 2016/1272027 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: CCG CCUID-19

IMMEDIATE CRW RESPONSE (If applicable):

Command Staff notified immediately

CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):

DATE REFERRED: 5 / 12 / 20

RESPONSE BY PERSONNEL HANDLING REFERRAL

MSL we passed on date 1-26/home. This is Maurs/ as EB read Areas to all to all of this.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT.: | DATE: |
|---|---|---|---|
| | | 18/110 | 5/15/20 |

INMATE SIGNATURE (Firma del Preso): Michael Mayo          **Delv Via COVID19**

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)
5 / 19 / 2020

INMATE'S REQUEST FOR AN APPEAL

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso:) May 26 / 2020

During the time my original grievance was filed none of the above mentioned was being done. It has become a practice of CMOF to not respond to a grievance until they have had a chance to some what fix the problem. If there was never a problem why would I write a grievance?

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes (Sí) ☐   No ☒
(Apelación del preso aceptada por el administrador o/su designado(a)?)

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a):)

CCDOC is in compliance with all current court orders, as well as all state and CDC guidelines.

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): |
|---|---|---|
| Rezko | | 6 / 4 / 20 |

INMATE SIGNATURE (Firma del Preso):          **Delv Via COVID19**

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)
6 / 12 / 2020

(FCN-72) (NOV 17)     (WHITE COPY — INMATE SERVICES)     (YELLOW COPY — C.R.W.)     (PINK COPY — INMATE)



Exhibt E



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL #

INMATE ID #

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Mayo | Michael | 20181127027 |
| DIVISION *(División):* 8 | LIVING UNIT *(Unidad):* 3G | DATE *(Fecha):* May 2, 2020 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente):* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente):* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| on going | on going | Division 8/3G | Tom Dart / Medical Staff Cook County Sheriffs Cook County Jail |

On April 17, 2020 most of the inmate on 3G division 8 tested positive for COVID-19 virus. The 5 inmate that did not test positive were moved to 3F. Those of us that were left on 3G were told we were being placed under quarantine for two weeks. For the past two week multiple inmate who tested positive have been added to our deck. According to a statement made by the head nurse Ms. Anderson on May 2, 2020 individuals who had COVID-19 and recovered can be reinfected if re-exposed to the virus. According to a statement made by Dr. Ennis on May 1, 2020 CCDOC is adding newly infected inmate with our deck to see if we become infected. We are lab rats!

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| Comeras, Nurse Anderson, Dr Ennis | Michael Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| Sn Pr Lfowles | | 5-4-20 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| Swin-4/L | WAr | 5-1-20 |

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER: C4797
INMATE #: 744313
2026

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Mayo | Michael | 2012112727 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 005. COVID-19

IMMEDIATE CRW RESPONSE (if applicable):

RTU Discussion Notified immediately

CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): Cermak

DATE REFERRED: 5 / 12 / 20

RESPONSE BY PERSONNEL HANDLING REFERRAL

Cannot prove/disprove allegation of conversation. Nurses are reminded to remain professional at all times. You have access to Primary Care & can discuss your concerns further. Cermak provides medical access to to patients when disability accommodations are appropriate. Cermak does not address ...

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DORM: | DATE: |
|---|---|---|---|
| Susan Shebel | | | 6 / 3 / 20 |

INMATE SIGNATURE (Firma del Preso): Dlv. via COVID 19 Proc. Chng

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 6 / 9 / 2020

INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* June / 16 / 2020

The facts are the facts. I can prove the allegations because I heard it with my own ears.

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes (Sí) ☐ No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a):) Research activities have not been conducted.

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): |
|---|---|---|
| Anna Lieweks | | 06 / 19 / 20 |

INMATE SIGNATURE (Firma del Preso): Dlv. via COVID 19 Proc. Chng

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 6 / 22 / 2020

(FCN-72) (NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

INMATE COPY



Exhibt F

(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso) (1 of 3)

CONTROL # 2020 * 04912

INMATE ID # 794313

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:
☒ Other: O.P.R - I.S

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso): |
|---|---|---|
| Mayo | Michael | 20181127027 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 8 | 3G | May 4, 2026 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) April 22, 2020 April 24, 2020 May 2, 2020 | REQUIRED - TIME OF INCIDENT (Horad del Incidente) Various | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) Division 8/3G | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) Tom Dart/Medical Staff Cook County Shoriffs |
|---|---|---|---|

In the Cook County Department of corrections inmate information handbook, Chapter 3 inmates rights, privileges, and services page 9, Number 11 states, "you should feel safe in your living unit." I am housed in division 8/3G, in less than 2 weeks I have experienced three violent attacks by inmates with little or no assistance from CCDOC. On April 22, 2020 I witnessed a vicious attack on an inmate who slept in bunk 3613. This inmate was attacked by a mob of inmates in the bathroom. There was never any assistance from CCDOC.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) Cameras and Staff | INMATE SIGNATURE: (Firma del Preso): Michael Mayo |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): CW FREEMAN | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: 12 MAY 20 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)　　(WHITE COPY – INMATE SERVICES)　(YELLOW COPY – CRW/PLATOON COUNSELOR)　(PINK COPY – INMATE)



COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

( 2 of 3 )

CONTROL # 2020 * 04912

INMATE ID # 794313

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:
☒ Other: O.P.R – I_S

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso): |
|---|---|---|
| Mayo | Michael | 20181127027 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 8 | 3G | May 4, 2020 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you choose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodio de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| April 22, 2020 April 29, 2020 May 2, 2020 | Various | Division 8 / 3G | Tom Dart / Medical Staff Cook County Sheriffs |

The inmate stumbled to the front door bleeding and with multiple contusions. On April 29, 2020 I was maced and witnessed savage attacks to a fellow inmate that included him being hit with a computer and attacked by more than five inmates. I witnessed him beating on the security glass while he screamed for help from Cook County Sheriffs. Once again there was no assistance for over an hour. On May 2, 2020 I witnessed a brutal fight between two inmates. Even after several minutes of them beating each other to a bloody pulp no sheriff

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| Cameras and Staff | Michael Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES, IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| W. Freeman | | 12 May 2020 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

(3083)

| CONTROL # | INMATE ID # |
| --- | --- |
| | 194313 |

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☒ Superintendent R - I.S.
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
| --- | --- | --- |
| Mayo | Michael | 20181127027 |
| **DIVISION** *(División):* 8 | **LIVING UNIT** *(Unidad):* 3 G | **DATE** *(Fecha):* May 4, 2020 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
The grievance form must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
| --- | --- | --- | --- |
| April 22, 2020 April 29, 2020 May 2, 2020 | Various | Division 8 / 36 | Tom Dart / Medical Staff Cook County Sheriffs |

entered the deck. The only assistance that was given was one
sheriff yelling "Stop fighting" to the inmates. As a result of this
unchecked violence I can not sleep and when I do sleep I have violent
night mares. After enduring the stress of no court, testing positive for
COVID19 and the neglectful behavior of CCDOC I am requesting
a psych evaluation.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
| --- | --- |
| Cameras and Staff | Michael Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
| --- | --- | --- |
| GLENN HOFFMAN | Glenn Freeman | 12 MAY 2020 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-73)(NOV 17)    **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE / NON-GRIEVANCE (REQUEST) APPEAL FORM**
*(Formulario de Queja o Queja...)*

7070 * 04912

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

LAST NAME *(Apellido del preso)*: MEYO
FIRST NAME *(Primer Nombre)*: MICHAEL
ID Number *(# de identificación)*: 2018-1127027

THIS GRIEVANCE ISSUE HAS BEEN DETERMINED BY CRW: OBO: FAILURE TO PROTECT
CRW and PROVIDE inmate with CHS Request from for any Medical
or Medicinal issues from alleged incident..

CRW / REFERRED THIS GRIEVANCE TO *(Division/Department/Superintendent, Cermak Health Services):* O.P.R. I.S.
DATE REFERRED: 05,12,20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

SEE ATTACHED

PERSONNEL RESPONDING TO GRIEVANCE (Print): SUN LEENDEN
SIGNATURE: _____
DIV./DEPT.: IS ADMN
DATE: 5,12,20

INMATE SIGNATURE *(Firma del Preso):* Dely wig COVID 19 Proc Chng
DATE RESPONSE WAS RECEIVED *(Fecha en que la respuesta fue recibida):* 5,12,2020

### INMATE'S REQUEST FOR AN APPEAL

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**INMATE COPY**

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso):* May 14 2020

I have never been given a medical request form during this period.
Only a sign up sheet, which I was the first on the list but was never called.
Cook County Sheriff did not take appropriate measures to protect me.
Please review cameras to support my claim.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (SI) ☐ No ☑
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*
Original Response to stand.

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):* Mueller
SIGNATURE *(Firma del Administrador o/su Designado(a)):* _____
DATE *(Fecha):* 5,27,20

INMATE SIGNATURE *(Firma del Preso):* Dele, Sign COVID19 Proc Ch
DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 5,28,20

(FCN 73) (NOV/17) WHITE COPY - INMATE SERVICES    YELLOW COPY - C.R.W.    PINK COPY - INMATE

# Inmate Grievance Number: <u>2020x04912</u>
## *Numero De Queja*

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

*Su alegación(es) han sido enviadas a la Oficina del Departamento de Revisión Professional (OPR) y al Superintendente de la División para una revisión y/o investigación.*

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below *or* submitting an inmate request form, to speak with the Divisional Superintendent.

*Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión Professional (OPR) de manera directa, utilizando la dirección que está en la parte de abajo o sometiendo una Forma de Solicitud del Preso para poder hablar con el Superviniente de la División.*

To exhaust your administrative remedy (regardless of the OPR investigation review, determination or outcome) you must appeal this immediate grievance response within 15 calendar days.

*Con el fin de agotar los recursos administrativos (independiente de la revisión de la investigación, decisión o el resultado de OPR) usted debe apelar la respuesta principal de esta queja dentro los 15 días calendarios.*

**Office of Professional Review
3026 S. California Ave
Building 2 / 4th floor
Chicago, Illinois 60608**

# INMATE COPY



Exhibt G



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM (1 of 7)
(Formulario de Queja del Preso)

| | |
|---|---|
| CONTROL # | INMATE ID # |

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso): |
|---|---|---|
| Mayo | Michael | 20181127027 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 8 | 3G | Sept. 7, 2020 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate; or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limit exists. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you choose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del incidente) | REQUIRED - TIME OF INCIDENT (Horad del incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - Cermak Health NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o identificación del Acusado) |
|---|---|---|---|
| Sept. 7, 2020 | 12:00 - 12:30pm | Division 8/3G | Cook County Sheriffs Tom Dart |

Today between 12:00-12:30pm our deck, division 8/3G was notified that an inmate had once again tested positive for COVID-19 virus. I tested positive for the COVID-19 virus on April 17, 2020. (I was retested on Aug. 11, 2020 with a negative result) On March 30, 2020 I notified CCDOC through a grievance that the conditions in division 8/3G were not conducive to a safe COVID-19 free environment. In the inmate grievance response/appeal form CCDOC stated, "all detainees have been given mask to wear." (Control #2020-03615)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o preso que tengan información): | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| Nurse Anderson / Staff / Cameras, mr Arias. | Michael Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE C. A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| Sneed (Wilson) | | 9/8/20 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM (2 of 2)
*(Formulario de Queja del Preso)*

CONTROL #: 

INMATE ID #: 

| | |
|---|---|
| ☒ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent: |
| ☐ Non-Compliant Grievance | ☐ Other: |

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Mayo

**PRINT - FIRST NAME** *(Primer Nombre)*: Michael

**INMATE BOOKING NUMBER** *(# de identificación del Preso)*: 20811270 2 7

**DIVISION** *(División)*: 8

**LIVING UNIT** *(Unidad)*: 3G

**DATE** *(Fecha)*: Sept. 7, 2020

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue must not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguna de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solicitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| **REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente)* | **REQUIRED - TIME OF INCIDENT** *(Horad del Incidente)* | **REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente)* | **REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| Sep 7, 2020 | 12:00 - 12:30 pm | Division 8/3G | Cermak Health Cook County Sheriffs Tom Dart |

CCDOC has had months to correct there neglectful behaviors, but has done little to nothing to improve our living condition. We are still on a deck with 39 men who sleep with in 36 inches of each other, but according to a grievms response dated 5/12/20 Control # 2020-4799 = "CCDOC is in compliance with all current court ~~~, as well as all state and CDC guidelines." We are now being subjected to re-infection and have been quarantined for 21 days. Re-infected inmate Efrain Arias #20180127004

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT;** *(Nombre del personal o presos que tengan información:)* Nurse Anderson / Staff / Cameras Mr. Arias

**INMATE SIGNATURE:** *(Firma del Preso:)* Michael Mayo

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** Reed Wilson

**SIGNATURE:**

**DATE CRW/PLATOON COUNSELOR RECEIVED:** 9/8/20

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

**INMATE COPY**

Sneed

20201148 2 794313

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Mario | Michael | 2018112702 7 |

**GRIEVANCE ISSUE As DETERMINED BY CRW:** CV CV ISSUes DX

**IMMEDIATE CRW RESPONSE (If applicable):**

| CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ): | DATE REFERRED: |
|---|---|
| DW 8214-Supt | 9, 9, 20 |

RESPONSE BY PERSONNEL HANDLING REFERRAL

The CCSO has implemented procedures to reduce
the spread of Covid-19 with guidance from the
CDC and other health organizations

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| T. Boutti #7320 | I.H.Boutti | RTU | 9 18 2020 |

| INMATE SIGNATURE *(Firma del Preso)*: | Deliv. via COVID 19 | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 09 22 20 |
|---|---|---|

INMATE'S REQUEST FOR AN APPEAL

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* Sept 22 2020

The Cook County Sheriffs and Cermak Health have not
done enough to protect me because they refuse to social distance
in division 8. We are still housed in a dorm setting with
almost 40 men with serious health issues.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Si)* ☐ No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a):)*

CCDOC is in Compliance with all current Covid-19
guidelines

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): |
|---|---|---|
| Vezzo | | 9 28 20 |

| INMATE SIGNATURE *(Firma del Preso)*: | Delv Via COVID19 | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 10 1 20 |
|---|---|---|

| (FCN-72) (NOV 17) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – C.R.W.) | (PINK COPY – INMATE) |

Exhibt H



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM** ( 1 of 3 )
*(Formulario de Queja del Preso)*

| | | CONTROL # | INMATE ID # |
|---|---|---|---|
| | | 2022-00093 | 794313 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !   (! Para ser llenado solo por el personal de Inmate Services !)

- ☒ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services        M. r. Hale
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Mayo | Michael | 20181127027 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 8 | 3F | Jan. 1, 2022 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| Dec 30, 2021 | 9:00 AM - 8:00 pm | Division 8 / 3F | Cermak Health Cook County Sheriffs CCDOC / Tom Dart |

I am a 45 year old male with multiple health issues. I am currently housed in division 8 on the 3rd floor, where I have been for the last three years awaiting trial. On April 17, 2020 I tested positive for the Covid-19 virus, due to the poor living conditions of division 8. Now nearly two years later with multiple variations of the Covid-19 virus running rampant, CCDOC and Cermak Health continue to put my life in danger. During the later part of December 2021, an inmate by the name of Ronald Haywood R47947 was placed on my deck

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| Cermak Health / Cameras / Security Staff | Michael Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): D. W. Wilson | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 1-4-22 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)        **(WHITE COPY** – INMATE SERVICES)   **(YELLOW COPY** – CRW/PLATOON COUNSELOR)        **(PINK COPY** – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM** (2 of 3)
(Formulario de Queja del Preso)

CONTROL # | INMATE ID #

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !   (! Para ser llenado solo por el personal de Inmate Services !)

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso) |
|---|---|---|
| Mayo | Michael | 2018112 7 0 2 7 |
| DIVISION (División): 8 | LIVING UNIT (Unidad): 3F | DATE (Fecha): Jan 1, 2022 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| Dec 30, 2021 | 9:00 AM - 8:00 PM | Division 8/3F | Cermak Health Cook County Sheriff's CCDOC / Tom Dart |

of 3F, Donald was presumed cleared of the Covid-19 virus when placed on 3F. During Donald's short stay on 3F he complained to medical and security staff of not feeling well. Not until a week of Donald's complaint was he removed from the dedk and tested for the Covid-19 virus. (Dec 30, 2021) The following day Donald was replaced with another inmate, who came directly off the street. This inmate was not tested for Covid-19 nor was he placed in quarantine, which is protocol for someone coming right off the street.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| Cermak Health / Cameras / Security Staff | Michael Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): D. Wilson | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 1-4-22 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM (3 of 3)

*(Formulario de Queja del Preso)*

| | |
|---|---|
| CONTROL # | INMATE ID # |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !     *(! Para ser llenado solo por el personal de Inmate Services !)*

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)*: |
|---|---|---|
| Mayo | Michael | 20181127027 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 8 | 3E | Dec. Jan. 1, 2022 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**
The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibirá no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| Dec 30, 2021 | 9:00 AM 8:04 pm | Division 8 /3F | Cermak Health Cook County Sheriffs CCDOC / Tom Dart |

On the morning of Dec. 31, 2021 our tier of 3F was informed that Donald Haynum C had tested positive for the Covid-19 virus and our decll was now on quarantine. It is clear from these two situations CCDOC and Cermall Health have not learned from their mistakes. They are both gross failure to protect issues that can not be explained in anyway other than a violation of my rights to be housed in a safe environment.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| Cermall Health Cameras / Security Staff | Michael Mayo |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D WILSON | D C | 1-4.22 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**I.I.C. COPY**

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

Wilson

CONTROL NUMBER: 2022-0093

INMATE #: 7943 13

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**LAST NAME (Apellido del Preso):** Mayo

**INMATE FIRST NAME (Primer Nombre):** Michael

**ID Number (# de Identificación):** 2018-1127027

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** OO6 Covid 19 DOC

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services):** Supt RTU

**DATE REFERRED:** 1-15-21

### RESPONSE BY PERSONNEL HANDLING REFERRAL

STEPS ARE BEING TAKEN TO COMBAT THE SPREAD OF COVID 11

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** LT MORROL

**SIGNATURE:**

**DIV./DEPT:** 08

**DATE:** 1 13 2

**INMATE SIGNATURE (Firma del Preso):** Michael Mayo

**DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida):** Jan 20 2022

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

I.I.C. Serv.
Copy

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* Jan 20 2022

The entire world has been aware of the virus for over a year. The steps to be taken should already have been in place. The facility nor its staff are protecting me from this virus. Continuing to say you are taking steps to protect me is not enough! Why was I not tested?

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** *(Apelación del preso aceptada por el administrador o/su designado(a)?)* Yes (Si) ☐ No ☑

A 2nd review was completed. R/Dir. unable to substantiate allegation regarding other I.I.C.'s health status due to HIPPA laws; however, please be reminded that adjusted security and safety measures are being implemented continuously to meet the population need(s). Original Response to Stand.

**INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):** J Muella

**SIGNATURE (Firma del Administrador o/su Designado(a):):**

**DATE (Fecha):** 1 25 22

**INMATE SIGNATURE (Firma del Preso):**

Delv Via COVID19

**DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida):** FEB 1 2022

(FCN-72) (NOV 17)     **(WHITE COPY** – INMATE SERVICES)     **(YELLOW COPY** – C.R.W.)     **(PINK COPY** – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL # | INMATE ID #

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(¡ Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

PRINT - INMATE LAST NAME *(Apellido del Preso):* Mayo
PRINT - FIRST NAME *(Primer Nombre):* Michael
INMATE BOOKING NUMBER *(# de identificación del Preso):* 20181125702 7

DIVISION *(División):* 8
LIVING UNIT *(Unidad):* 3F
DATE *(Fecha):* Feb 9, 2022

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA**

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* Feb. 9, 2022
REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* 8:00 AM
REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* Division 8/3F
REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* Tom Dart Sheriff, Dept. (CCDCC) Cermak Health

Today Feb 9, 2022 inmate Earl Wilson was removed from our deck because of exposure to COVID-19. This is now the second time we have been placed under quarantine in less than a month. The jail claims they are taking steps to protect us, but they are not working. We have been asking for hand sanitizer for over a week with no results. The masks that are provided are the cheapest on the market. Worldwide it has been advised that the KN95 mask be used to protect from the COVID virus. CCDOC continues to fail at protecting me from the virus.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información):* Officer Brown / Nurse Anderson

INMATE SIGNATURE: *(Firma del Preso):* Michael Mayo

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): Brennan/Wilson
SIGNATURE: Swam
DATE CRW/PLATOON COUNSELOR RECIEVED: 2/10/22
SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE: Swam
DATE REVIEWED:

(FCN-73)(NOV 17)　(WHITE COPY – INMATE SERVICES)　(YELLOW COPY – CRW/PLATOON COUNSELOR)　(PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| C-133-1 | 199312 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* Mayo

**INMATE FIRST NAME** *(Primer Nombre):* Michael

**ID Number (# de Identificación):** 2018-1187021

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** CRW DSC (Cermak)

**IMMEDIATE CRW RESPONSE (If applicable):** S/A

**CRW/ REFERRED THIS GRIEVANCE TO** ( *Example: Superintendent, Cermak Health Services* ): SATO

**DATE REFERRED:** 5 / 14 / 22

## RESPONSE BY PERSONNEL HANDLING REFERRAL

Surgical masks are effective against COVID, if worn properly and are removed out daily with cleaning chemicals. Hand sanitizer is available upon request but not placed on tier. Provisions are distributed every Tuesday and Wednesday, and includes soap. Washing your hands with soap regularly for at least 20 seconds is a good substitute for sanitizer.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** K.T. Jaudon

**SIGNATURE:** K.T. Jaudon

**DIV./DEPT.** RTU

**DATE:** 02 / 24 / 22

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):* Michael Mayo

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* Ma 11 / 12022

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso)*
### THIS SECTION IS TO BE COMPLETED BY INMATE!

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 5 / 1 / 22

The wall does not # KN95 masks and protection to prevent the spread of COVID-19. CCDOC these proposals are the ...

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Sí)* ☐   No ☑
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*

Original Response to stand

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):* M. Walle

**SIGNATURE** *(Firma del Administrador o/su Designado(a)):*

**DATE** *(Fecha):* 3 / 4 / 22

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):*

Delv Via COVID19

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* MAR 8 2022

(FCN-72) (NOV 17)   **(WHITE COPY** – INMATE SERVICES)   **(YELLOW COPY** – C.R.W.)   **(PINK COPY** – INMATE)

NEOPOST
08/26/2022
US POSTAGE $009.25⁰
ZIP 60608
041M11297257
PRIORITY MAIL

RECEIVED

SEP 01 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED

SEP 01 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Office of Clerk of the U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Michael Mayo
2018127027
2700 South California
Chicago, IL 60608

09/01/2022-4