UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Michael Mayo
                    Plaintiff,

v.                                        Case No.: 1:21−cv−05014
                                          Honorable Robert M. Dow Jr.

Tom Dart, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 5, 2022:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's motion to be present at status hearing set for 10/4/2022 [10] is granted in part. The status hearing is telephonic, not in person, so there is no need for Plaintiff to be transported to the courthouse. However, if service is effectuated prior to the hearing and counsel appears for any of the Defendants, then counsel for Defendant(s) is directed to make arrangements for Plaintiff to participate by telephone from the Cook County Jail. If service is not effectuated and no attorney has appeared for any Defendant, then the status hearing will be continued to a later date in any event. Mailed out notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.