# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL C. MAYO, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:21-cv-05014 |
| ) | |
| v. ) | Hon. Judge Robert M. Dow |
| ) | |
| CCDOC MEDICAL STAFF, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **November 15, 2022,** Assistant Cook County State's Attorney Alexandrya Black withdraws her appearance for Defendant **Thomas Dart**, and pursuant to Local Rule 83.17, Special Assistant Cook County State's Attorney Troy S. Radunsky substitutes his appearance for said Defendant.

Respectfully Submitted,

DeVore Radunsky LLC

By: */s/ Troy S. Radunsky*
Troy S. Radunsky
ARDC# 6269281
Special Assistant State's Attorney
230 W. Monroe, Ste 230
Chicago, IL 60606
312-300-4479
Email: tradunsky@devoreradunsky.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **November 15, 2022**.

/s/*Troy S. Radunsky*