## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Michael Mayo

                  Plaintiff,

v.                                        Case No.: 1:21−cv−05014

                                        Honorable John J. Tharp Jr.

Tom Dart, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 25, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendant Tom Dart's motion for an extension of time to answer the amended complaint [30] is granted. Defendant's response is due by 2/27/2023. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.