**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Michael Mayo
                              Plaintiff,

v.                                                                  Case No.: 1:21−cv−05014
                                                                    Honorable John J. Tharp Jr.

Tom Dart, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 28, 2023:

       MINUTE entry before the Honorable John J. Tharp, Jr: Defendant having answered the second amended complaint [32], this case is referred to the assigned Magistrate Judge for all discovery−related matters and any settlement conference the parties may seek. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.