## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Michael Mayo

                Plaintiff,

v.                                    Case No.: 1:21−cv−05014
                                                  Honorable John J. Tharp Jr.

Tom Dart, et al.

                Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: discovery scheduling, supervision and any settlement conference.(air, )Mailed notice.


Dated: February 28, 2023

                                                             /s/ John J. Tharp Jr.

                                                             United States District Judge