UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Michael Mayo
                     Plaintiff,

v.                                                        Case No.: 1:21−cv−05014
                                                          Honorable John J. Tharp Jr.

Tom Dart, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 1, 2023:

      MINUTE entry before the Honorable M. David Weisman: This case has been referred to Magistrate Judge Weisman for the purposes of discovery scheduling, supervision and any settlement conference. Initial status hearing scheduled for 3/8/23 at 9:15 a.m. Prior to the status hearing, the Court specifically requests that counsel consult the Court's standing order. If the parties believe the case is ready for a settlement conference, counsel should have available dates for a settlement conference for all necessary parties in advance of the status hearing, and to the extent possible, consult with opposing counsel in an attempt to identify mutually convenient and feasible dates for the settlement conference. Judge Weisman generally conducts settlement conferences Tuesdays, Wednesdays, Thursdays, and Fridays at either 10:30 a.m. to 12:30 p.m. or 2:00 p.m. to 4:00 p.m. Other dates and times may be available as required by the Court or the parties. If the parties do not wish to set a settlement conference at this time, the parties should be prepared to discuss discovery scheduling and related issues. Defense counsel shall also make arrangements for plaintiff to be available by phone and MUST e−mail the contact information to Chambers at least three days prior to the hearing at Weisman_Chambers@ilnd.uscourts.gov. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.