## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Michael Mayo
                         Plaintiff,

v.
                                                            Case No.: 1:21−cv−05014
                                                            Honorable John J. Tharp Jr.

Tom Dart, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 7, 2023:

      MINUTE entry before the Honorable M. David Weisman: Due to administrative difficulties, defense counsel advised the Court that they were unable to schedule plaintiff's appearance by telephone. Status hearing set for 3/8/23 is stricken and reset to 3/15/23 at 9:15 a.m. Defense counsel must make arrangements for plaintiff to be available by phone and MUST e−mail the contact information to Chambers at least three days prior to the hearing at Weisman_Chambers@ilnd.uscourts.gov. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.