IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Michael C. Mayo

        Plaintiff,

  V.

Tom Dart

    Defendants,

FILED
MAR 07 2023
JUDGE JOHN J. THARP, JR.
UNITED STATES DISTRICT COURT

Case No 21 C 5014

Judge John J. Tharp, Jr.

### Motion Requesting Court Order For Library Services And Copies

I am currently a detainee in the Cook County Jail (Division 8/3F). I am representing myself in the above case. I am asking the Honorable Judge John J. Tharp, Jr. to grant my Motion requesting a court order for library services, so that I can respond to time sensitive request. Currently, our library services are offered once a week at best.

Date: 02/16/2023

Michael C. Mayo
/s/ Michael C. Mayo
Booking Id # 20181127027

Michael Mayo
2018112702
2700 South California
Chicago, IL 60608

Attn. Judge John J. Tharp, Jr.
Office Of Clerk Of The U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604



S SUBURBAN IL 600
23 FEB 2023 PM 3 L