UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Michael Mayo
                Plaintiff,

v.                                   Case No.: 1:21−cv−05014
                                  Honorable John J. Tharp Jr.

Tom Dart, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 15, 2023:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. As an initial matter, plaintiff detailed the basis for his motion for library services and copies [38]. Defense counsel must file a status report by 3/24/23 addressing the availability of library services for plaintiff and a proposed resolution of the issue. Plaintiff's motion [38] is entered and continued until 3/24/23. As to discovery, the Court set the following dates: defendant to issue written discovery requests by 3/24/23; plaintiff to issue written discovery requests by 5/5/23. Parties to respond to the written discovery requests in accordance with the applicable federal rules of civil procedure. Telephonic status hearing scheduled for 6/14/23 at 9:15 a.m. Defendant must file a status report by 6/12/23, addressing: the current status of written discovery, including whether written discovery requests have been issued and responded to (and whether any issues have arisen during this process); and a listing of depositions that defendant intends to take. Plaintiff shall be heard as to these issues during the next status hearing. Defense counsel shall make arrangements for plaintiff to be available by phone and MUST e−mail the contact information to Chambers at least three days prior to the hearing at Weisman_Chambers@ilnd.uscourts.gov. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Please note that the Court's conference call−in will be used by all cases that are on the Court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called by the Court. Once the Court has heard your case you shall disconnect from the conference line. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.