**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL MAYO, | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-05014 |
| | ) | |
| v. | ) | Hon. John J. Tharp, Jr. |
| | ) | |
| TOM DART, | ) | |
| Defendant. | ) | |

## STATUS REPORT REGARDING THE PLAINTIFF'S MOTION FOR ADDITIONAL LIBRARY SERVICES

On March 10, the Court asked that the Defendants provide the following brief status report regarding plaintiff's motion for additional library service access.

### I.   Plaintiffs Motion to Additional Law Library Services (Dkt #38-39)

Plaintiff filed the above motion that was heard by this Court on March 10. The Plaintiff requested additional visits from the jail's law librarian.

Plaintiff's attached 2023 Library Log indicates he was seen by the librarian eight (8) times on Tier 3F.

- **January 23, 2023**
- **January 30, 2023**
- **February 6, 2023**
- **February 17, 2023**
- **February 22, 2023**
- **March 2, 2023**
- **March 10, 2023**
- **March 14, 2023**

Some visits were twice a week. In the above requests, he asked for copies of certain cases, notaries and jail policies. He did not ask for more frequent visits from the librarian in any request.

We advised Mr. Mayo's counsel in his other lawsuit (21 cv 6643) about this issue, since we felt it might overlap.

### II.   Investigation

After investigating further and speaking with relevant personnel, the defendants can answer the following:

1. Does Mayo have to initiate each of the two visits?
    a. Yes, by submitting a request form to the CRW. See, "Individual in Custody Request Form," pages 2, 5, and 10, as examples in the attached.
2. How many law library requests can he make/submit with each visit?
    a. THREE. For a total of six law librarian requests a week. To see an example of the "law library request form," see pages 3, 6, 7, 9 attached.
3. Are librarians restricted to visiting him on specific days?
    a. No. They are available to make rounds Monday through Friday.
4. How do law librarians determine schedules?
    a. See pp. 1,4,8. Law librarians schedule the visits in accordance with the number of requests. So, if a detainee knows that he wants to see a law librarian on Monday, he could submit the CRW request on Friday or Saturday.
5. Has Mr. Mayo at any time this year made two CRW requests in a week to see a law librarian?
    a. No.
6. Has Mr. Mayo at any point in 2023 sought to exceed six total law library requests a week?
    a. No.
7. Are you aware of any library access request from Mr. Mayo that the CCDOC has been unable to accommodate?
    a. No.

Mr. Mayo has not been submitting six law library requests a week. If he did that, the librarians stand ready and able to handle additional requests from him.

                                                Respectfully Submitted,

                                                /s/*Troy S. Radunsky*
                                                Troy S. Radunsky
                                                One of the Attorneys for Defendants

Troy S. Radunsky (ARDC# 6269281)
DeVore Radunsky LLC
230 W. Monroe, Suite 230
Chicago, IL 60606
tradunsky@devoreradunsky.com

2