**INDIVIDUAL-IN-CUSTODY LAW LIBRARY SIGN IN/SCHEDULING LOG SHEET**

| DIVISION: 8 RTU (2nd & 3rd Fl.) | DATE: 01/23/23 | LAW LIBRARIAN: MS. DORSEY | PAGE #1 OF 2 SESSION TIME: 8:30 AM |
|---|---|---|---|

| I.I.C NAME | I.I.C ID# & TIER | ACTUAL SCHEDULE TIME | ACTUAL SIGN-IN TIME | ACTUAL SIGN-OUT TIME | I.I.C SIGNATURE | SUPPLY | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| RAYNELL WILLIAMS | 2022-0927006  3-A | 8:30 | | 9:47 | | E | P | F | B | |
| JUAN RODRIGUEZ | 2022-0809056  3-C | 8:30 | | 9:44 | | E | P | F | B | |
| DANIEL VALENZUELA | 2022-1028129  3-C | 8:30 | | 9:44 | | E | P | F | B | |
| MARCUS BURTON | 2021-0319129  3-C | 8:30 | | 9:44 | | E | P | F | B | |
| ROBERT NASH | 2022-0702132  3-C | 8:30 | | 9:44 | | E | P | F | B | |
| ROBERTO ROSADO | 2022-0318037  3-C | 8:30 | | 9:44 | | E | P | F | B | |
| JONATHAN DAVIS | 2022-1102104  3-D | 8:30 | | 9:35 | | E | P | F | B | |
| CHARLES WILLIAMS | 2018-0601172  3-F | 8:30 | | 9:29 | | E | P | F | B | |
| MARQUIS WATKINS | 2018-1003198  3-F | 8:30 | | 9:29 | | E | P | F | B | |
| WILLIAMS BLUNT | 2021-0507106  3-F | 8:30 | | 9:29 | | E | P | F | B | Palmer |
| LONNIE CRAWFORD | 2022-1025006  3-F | 8:30 | — | | Court | E | P | F | B | **COPIES** |
| MICHAEL MAYO | 2018-1127027  3-F | 8:30 | | 9:29 | | E | P | F | B | **COPIES** |
| RONALD MARTIN | 2022-0813104  3-F | 8:30 | | 9:29 | | E | P | F | B | |
| RICKY HARRIS | 2019-0123017  3-F | 8:30 | | 9:29 | | E | P | F | B | |
| JOSEPH SORRENTINO | 2022-0613143  3-F | 8:30 | | 9:29 | | E | P | F | B | |

NO. INDIVIDUAL-IN-CUSTODY_____15_____  NO. INDIVIDUAL-IN-CUSTODY VISITS_____14_____

_____
OFFICER

E=ENVELOPES   P=PAPER   F=FOLDER   B=1/2 X 13 BROWN ENVELOPE

3A-Wasilk

3C-Petrovsky

3D-Sanchez

3F-Palmer

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INDIVIDUAL IN CUSTODY REQUEST FORM    070

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☒ Law Library | ☐ Muslim |
| ☐ Superintendent | ☐ Parole Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (18-21 yrs.) | ☐ Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs. and over) | ☐ Voter Reg. Application | ☐ Jehovah's Witness |
| ☐ Release of Excess Cell Property | | |
| ☐ Other | | |

**INDIVIDUAL'S INFORMATION**

NAME: Michael Mayy

DATE SUBMITTED: Jan. 17, 2023

ID NUMBER: 20181127021

COURT DATE: Jan 30, 2023

DIVISION: 8

LIVING UNIT: 3F

INDIVIDUAL IN CUSTODY SIGNATURE: Michael Mayy

**INDIVIDUAL'S REQUEST (PLEASE PRINT)**

I need copies and 2 envoloped

9 pgs 12 copies
33 pgs 13 copies

**STAFF RESPONSE - DO NOT WRITE IN THIS SECTION**

Law Library

Request Received: JAN 20 2023

Date: _____

Law Library

ACCESS WAS SENT

DATE INDIVIDUAL RECEIVED RESPONSE/SERVICE: JAN 23 2023

STAFF SIGNATURE: V. Dorsey

(FCN-62) (NOV 21)



# COOK COUNTY
## DEPARTMENT OF CORRECTIONS
### INMATE LAW LIBRARY REQUEST FORM

**INMATE INFORMATION**

INMATE NAME: Michael Mayo

DATE SUBMITTED:

INMATE ID NUMBER: 2018 1127027

COURT DATE:

DIVISION: 8 RTU

LIVING UNIT: 3F

INMATE SIGNATURE:

**INMATE REQUEST (PLEASE PRINT)**

Fee Assessment $2.85

117 (total pgs)
- 60 (free pg amt)
57 (charge amt)

57 x 0.05 = $2.85

**STAFF RESPONSE - INMATES DO NOT WRITE IN THIS SECTION**

CODE: 055

NUMBER OF PAGES:

INMATE #:

LAW LIBRARY REQUEST RECEIVED: JAN 23 2023

## LAW LIBRARY
## ACCESS PASS SENT

STAFF SIGNATURE: V. Dorsey

DATE INMATE RECEIVED RESPONSE/SERVICE: JAN 23 2023

15-Oct-2017 SW

**INDIVIDUAL-IN-CUSTODY LAW LIBRARY SIGN IN/SCHEDULING LOG SHEET**

| DIVISION: 8 RTU (2nd & 3rd Fl.) | DATE: 01/30/23 | LAW LIBRARIAN: MS. DORSEY | PAGE #1 OF 2 SESSION TIME: 8:00 AM |
|---|---|---|---|

| I.I.C NAME | I.I.C ID# & TIER | ACTUAL SCHEDULE TIME | ACTUAL SIGN-IN TIME | ACTUAL SIGN-OUT TIME | I.I.C SIGNATURE | SUPPLY | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| ANTHONY PEOPLES | 2022-1004125  3-A | 8:00 | | | Cermak | E | P | F | B | Reeves |
| JUAN RODRIGUEZ | 2022-0809056  3-C | 8:00 | | 8:47 | _Jun nodng_ | E | P | F | B | |
| RON BROWNING | 2022-1230001  3-C | 8:00 | | 8:47 | _Ron Browning_ | E | P | F | B | |
| TALMON HEGWOOD | 2023-0109002  3-C | 8:00 | | 8:47 | _Talmon Hegwood_ | E | P | F | B | |
| MICHAEL EDWARDS | 2022-1221036  3-D | 8:00 | | 8:53 | _M Ed_ | E | P | F | B | |
| DARREON THOMPSON | 2022-1107066  3-D | 8:00 | | 8:53 | _Darreon Thompson_ | E | P | F | B | |
| WILLIAM BLUNT | 2021-0507106  3-F | 8:00 | | 8:38 | _m r_ | E | P | F | B | |
| OLIVER RHONE | 2017-0818153  3-F | 8:00 | | 8:38 | _O Rull_ | E | P | F | B | |
| ANGEL CAPELES | 2021-0108109  3-F | 8:00 | | 8:38 | _Angel Capeles_ | E | P | F | B | **COPIES** |
| KEITH WILLIAMS | 2021-0108095  3-F | 8:00 | | 8:38 | _Keith Will_ | E | P | F | B | |
| MICHAEL MAYO | 2018-1127027  3-F | 8:00 | | 8:38 | _M Mayo_ | E | P | F | B | Robinson |
| TERRY SANDERS | 2023-0105148  3-F | 8:00 | | | _Court_ | E | P | F | B | |
| SEAN JONES | 2022-0617065  3-G | 8:00 | | 8:25 | _Sean Jones_ | E | P | F | B | |
| CHRISTOPHER PUENTE | 2020-0220139  3-G | 8:00 | | 8:25 | _Chris Puente_ | E | P | F | B | |
| BRIAN MATUREN | 2022-0914003  3-G | 8:00 | | 8:25 | _Brian Mat_ | E | P | F | B | |

NO. INDIVIDUAL-IN-CUSTODY ____15____      NO. INDIVIDUAL-IN-CUSTODY VISITS ____13____

_____
OFFICER

E=ENVELOPES   P=PAPER   F=FOLDER   B=1/2 X 13 BROWN ENVELOPE

3A- Reeves

3C- Monegan

3D- Flores- Siemsen

3F- Robinson

3G- Bryant

105

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INDIVIDUAL IN CUSTODY REQUEST FORM

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☑ Law Library | ☐ Write-Out | ☐ Muslim |
| ☐ Parole Information | ☐ Superintendent | ☐ Catholic |
| ☐ Public Library | ☐ Commissary | ☐ Non-Denomination Christian |
| ☐ U.S. Mail Information | ☐ Trust Fund Balance | ☐ Baptist |
| ☐ Work Program | ☐ Board of Ed. (18-21 yrs.) | ☐ Jewish |
| ☐ Voter Reg. Application | ☐ G.E.D. (21 yrs. and over) | ☐ Jehovah's Witness |
| | ☐ Release of Excess Cell Property | |
| | ☐ Other | |

**INDIVIDUAL'S INFORMATION**

NAME: Michael May

DATE SUBMITTED: Jan 23, 2023

ID NUMBER: 2018112702

COURT DATE: Jan 30, 2023

DIVISION: 8

LIVING UNIT: 3G

INDIVIDUAL IN CUSTODY SIGNATURE: Michael May

**INDIVIDUAL'S REQUEST (PLEASE PRINT)**

I need a 1983 Forms expire made and case Carter V Sheriff of LaSalle County. 324 F. 3d 947 (7th Cir. 2003)

**STAFF RESPONSE: DO NOT WRITE IN THIS SECTION**

Law Library

Request Received

Date: JAN 23 2023

Law Library

ACCESS PASS SENT

STAFF SIGNATURE: V. Dorsey

DATE INDIVIDUAL RECEIVED RESPONSE/SERVICE: JAN 30 2023

(FON-62) (NOV 21)



**COOK COUNTY**
**DEPARTMENT OF CORRECTIONS**
INMATE LAW LIBRARY REQUEST FORM

### INMATE INFORMATION

| INMATE NAME: | DATE SUBMITTED: |
|---|---|
| Michael Mays | Jan 30, 2023 |

| INMATE ID NUMBER: | COURT DATE: |
|---|---|
| 20181117027 | Jan 30, 2023 |

| DIVISION: | LIVING UNIT: |
|---|---|
| 8 | 3F |

INMATE SIGNATURE: *Michael Mays*

### INMATE REQUEST (PLEASE PRINT)

Copies Please

4 pgs / 4 copies

---

**STAFF RESPONSE - INMATES DO NOT WRITE IN THIS SECTION**

CODE: 070

NUMBER OF PAGES:

INMATE #:

LAW LIBRARY REQUEST RECEIVED: JAN 30 2023

**LAW LIBRARY**

**ACCESS PASS SENT**

STAFF SIGNATURE: V. Dorsey

DATE INMATE RECEIVED RESPONSE/SERVICE: JAN 30 2023

1006-0017-SW



**COOK COUNTY**
**DEPARTMENT OF CORRECTIONS**
INMATE LAW LIBRARY REQUEST FORM

## INMATE INFORMATION

INMATE NAME: Michael Mayo

DATE SUBMITTED:

INMATE ID NUMBER: 20181127027

COURT DATE: 1/30

DIVISION: 8 RTU

LIVING UNIT: 3F

INMATE SIGNATURE:

### INMATE REQUEST (PLEASE PRINT)

1983 Packet

---

**STAFF RESPONSE - INMATES DO NOT WRITE IN THIS SECTION**

CODE: 010

NUMBER OF PAGES: 14

INMATE #:

**LAW LIBRARY**

LAW LIBRARY REQUEST RECEIVED: JAN 30 2020

**ACCESS PASS SENT**

STAFF SIGNATURE: V. Dorsey

DATE INMATE RECEIVED RESPONSE/SERVICE: JAN 30 2020

15-04-2557-XW

**INDIVIDUAL-IN-CUSTODY LAW LIBRARY SIGN IN/SCHEDULING LOG SHEET**

| DIVISION: 8 RTU (2nd & 3rd Fl.) | DATE: 02/06/23 | LAW LIBRARIAN: MS. DORSEY | PAGE #1 OF 1 SESSION TIME: 10:30 AM |
|---|---|---|---|

| I.I.C NAME | I.I.C ID# & TIER | ACTUAL SCHEDULE TIME | ACTUAL SIGN-IN TIME | ACTUAL SIGN-OUT TIME | I.I.C SIGNATURE | SUPPLY | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| TALMON HEGWOOD | 2023-0109002  3-C | 10:30 | | 11:15 | *signature* | E | P | F | B | **COPIES** |
| MARIO EUMANA | 2021-0812034  3-D | 10:30 | | 11:37 | *Merlis Eumena* | E | P | F | B | **NOTARY/COPIES** |
| KEVIN SAMPSON | 2021-0112108  3-D | 10:30 | | 11:37 | *signature* | E | P | F | B | |
| DARREON THOMPSON | 2022-1107066  3-D | 10:30 | | 11:37 | *Darreon Thompson* | E | P | F | B | |
| WILLIAM DUKES | 2022-1111028  3-F | 10:30 | | 11:01 | *Wm Dukes* | E | P | F | B | |
| SEAN FOLEY | 2023-0124018  3-F | 10:30 | — | | Discharged | E | P | F | B | |
| MICHAEL MAYO | 2018-1127027  3-F | 10:30 | | 11:01 | *M Mayo* | E | P | F | B | |
| TERRY SANDERS | 2023-0105148  3-F | 10:30 | | 11:01 | *Terry Sanders* | E | P | F | B | |
| SEAN JONES | 2022-0617065  3-G | 10:30 | | 11:08 | *Sean Jones* | E | P | F | B | **NOTARY/COPIES/PO.** |
| JOSE REYNA | 2022-1203005  3-H | 10:30 | 10:45 | 10:45 | *Jose Reyna* | E | P | F | B | |
| QUINTEN HAWTHORNE | 2018-1228018  3-H | 10:30 | — | | Dantus | E | P | F | B | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

NO. INDIVIDUAL-IN-CUSTODY ___11___ NO. INDIVIDUAL-IN-CUSTODY VISITS ___9___

_____ OFFICER _____

E=ENVELOPES   P=PAPER   F=FOLDER   B=1/2 X 13 BROWN ENVELOPE

3C- Flores-Siemsen

3D- Cieslak

3F- Palmer

3G- Ruffin

3H-



**COOK COUNTY**
**DEPARTMENT OF CORRECTIONS**
INMATE LAW LIBRARY REQUEST FORM

### INMATE INFORMATION

INMATE NAME: Michael Mayo

DATE SUBMITTED:

INMATE ID NUMBER: 20181127027

COURT DATE:

DIVISION: 8 RTU

LIVING UNIT: 3F

INMATE SIGNATURE:

### INMATE REQUEST (PLEASE PRINT)

4pgs/5 copies

### STAFF RESPONSE - INMATES DO NOT WRITE IN THIS SECTION

CODE: 070

NUMBER OF PAGES:

INMATE #:

**LAW LIBRARY**
**ACCESS PASS SENT**

LAW LIBRARY REQUEST RECEIVED: FEB 0 3 2023

DATE INMATE RECEIVED RESPONSE/SERVICE: FEB 0 3 2023

STAFF SIGNATURE: V. Dorsey

13.06-0007-3W

List of cases (10)

030

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INMATE REQUEST FORM

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | | |
|---|---|---|
| ☐ Write-Out | ☒ Law Library | **RELIGIOUS SERVICES** |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Commissary | ☐ Public Library | ☐ Catholic |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Non-Denomination Christian |
| ☐ Board of Ed. (18-21 yrs.) | ☐ Inmate Work Program | ☐ Baptist |
| ☐ G.E.D. (21 yrs. and over) | ☐ Voter Reg. Application | ☐ Jewish |
| ☐ Release of Excess Cell Property | | ☐ Jehovah's Witness |
| ☐ Other | | |

**INMATE INFORMATION**

INMATE NAME: Michael Mayo

INMATE ID NUMBER: 20181127027

DIVISION: 8

DATE SUBMITTED: Jan. 30, 2023

COURT DATE: Jan. 30, 2023

LIVING UNIT: 3F

INMATE SIGNATURE: Michael Mayo

**INMATE REQUEST (PLEASE PRINT)**

I need the Cook Counties Sheriff Not
policy on serving detainees in ill[...] Not
Also the Sheriff various policy. Not provided
I need any civil cases in here about the
refusal to provide detainees with law library

**STAFF (RESPONSE — INMATES DO NOT WRITE IN THIS SECTION)**

Law Library

Request Received

Date: JAN 30 2023

STAFF SIGNATURE: V. Dorsey

LAW LIBRARY
ALREADY SENT
FOR CORRECTIONS.

DATE INMATE RECEIVED RESPONSE/SERVICE
FEB 06 2023

(FCN-07)(JAN 20)

## INDIVIDUAL-IN-CUSTODY LAW LIBRARY SIGN IN/SCHEDULING LOG SHEET

| DIVISION: 8 RTU (2nd & 3rd Fl.) | DATE: 02/17/23 | LAW LIBRARIAN: MS. DORSEY | PAGE #1 OF 1 SESSION TIME: 7:30 AM |
|---|---|---|---|

| I.I.C NAME | I.I.C ID# & TIER | ACTUAL SCHEDULE TIME | ACTUAL SIGN-IN TIME | ACTUAL SIGN-OUT TIME | I.I.C SIGNATURE | SUPPLY | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| TALMON HEGWOOD | 2023-0109002  3-C | 7:30 | | | | E | P | F | B | |
| CALVIN SMITH | 2019-1205124  3-D | 7:30 | | 11:47 | | E | P | F | B | |
| DARIUS MOSS | 2023-0122111  3-D | 7:30 | | 11:47 | | E | P | F | B | |
| JAMAL WASHINGTON | 2022-0418060  3-D | 7:30 | | 11:47 | | E | P | F | B | COPIES |
| DARREON THOMPSON | 2022-1107066  3-D | 7:30 | | 11:47 | Darreon Thompson | E | P | F | B | |
| KEVIN SAMPSON | 2021-0112108  3-D | 7:30 | | 11:47 | | E | P | F | B | COPIES |
| BRYAN ESTRADA | 2023-0210032  3-E | 7:30 | | | Special Service-COVID-19 | E | P | F | B | Isolation |
| HONORIO PEREZ | 2018-0117059  3-F | 7:30 | | 11:22 | H. Perez | E | P | F | B | |
| EDWARD CATTOUSE | 2020-0208067  3-F | 7:30 | | 11:22 | Edward Cattouse | E | P | F | B | |
| WILLIAM DUKES | 2022-1111028  3-F | 7:30 | | 11:22 | Bryan Dukes | E | P | F | B | COPIES |
| KEITH WILLIAMS | 2021-0108095  3-F | 7:30 | | 11:22 | Keith Williams | E | P | F | B | |
| ANGEL CAPELES | 2021-0108109  3-F | 7:30 | | | (over) | E | P | F | B | Robinson |
| ELDON JOHNSON | 2020-1025061  3-F | 7:30 | | 11:22 | Eldon Johnson | E | P | F | B | |
| TERRY SANDERS | 2023-0105148  3-F | 7:30 | | 11:22 | Terry Sanders | E | P | F | B | |
| MICHAEL MAYO | 2018-1127027  3-F | 7:30 | | 11:22 | M Mayo | E | P | F | B | COPIES |

NO. INDIVIDUAL-IN-CUSTODY _____15_____  NO. INDIVIDUAL-IN-CUSTODY VISITS_____14_____

_____
OFFICER
E=ENVELOPES    P=PAPER    F=FOLDER    B=1/2 X 13 BROWN ENVELOPE

3C-Perry

3D-Cieslak

3E-Christensen

3F-Robinson

ADA- Dis. Related Access for Inmates & Visitors Guide (31)

## COOK COUNTY
## DEPARTMENT OF CORRECTIONS
## INDIVIDUAL IN CUSTODY REQUEST FORM

Inmate #: 115

CODE:

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

- [ ] Write-Out
- [ ] Superintendent
- [ ] Commissary
- [ ] Trust Fund Balance
- [ ] Board of Ed. (18-21 yrs.)
- [ ] G.E.D. (21 yrs. and over)
- [ ] Release of Excess Cell Property
- [ ] Other

- [x] Law Library
- [ ] Parole Information
- [ ] Public Library
- [ ] U.S. Mail Information
- [ ] Work Program
- [ ] Voter Reg. Application

**RELIGIOUS SERVICES**

- [ ] Muslim
- [ ] Catholic
- [ ] Non-Denomination Christian
- [ ] Baptist
- [ ] Jewish
- [ ] Jehovah's Witness

**INDIVIDUAL'S INFORMATION**

NAME: Michael Mays

ID NUMBER: 2018167027

DIVISION: 8

DATE SUBMITTED: Feb. 8, 2023

COURT DATE: Mar. 3, 2023

LIVING UNIT: 3E

INDIVIDUAL IN CUSTODY SIGNATURE: Michael Mays

**INDIVIDUAL'S REQUEST (PLEASE PRINT)**

I need the ADA regulations
for inmates who request assistance
in wheelchairs. Under ADA regulations
is a detainee ask for assistance with
pushing them in a wheelchair, Is it ADA policy?

**STAFF RESPONSE- DO NOT WRITE IN THIS SECTION**

Law Library

Request Received FEB 08 2023

Date:

STAFF SIGNATURE: V. Dorsey

Law Library

ACCESS PASS SENT

DATE INDIVIDUAL RECEIVED RESPONSE/SERVICE FEB 17 2023

(FCN-62) (NOV 21)

Not found

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INDIVIDUAL IN CUSTODY REQUEST FORM

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☒ Law Library | ☐ Muslim |
| ☐ Superintendent | ☐ Parole Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (18-21 yrs.) | ☐ Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs. and over) | ☐ Voter Reg. Application | ☐ Jehovah's Witness |
| ☐ Release of Excess Cell Property | | |
| ☐ Other | | |

**INDIVIDUAL'S INFORMATION**

NAME: Michael Mayo          DATE SUBMITTED: Feb 3, 2023

ID NUMBER: 20181270??          COURT DATE: Mec 3, 2023

DIVISION: 8          LIVING UNIT: 3E

INDIVIDUAL IN CUSTODY SIGNATURE: Michael Mayo

**INDIVIDUAL'S REQUEST (PLEASE PRINT)**

I need the Cook County Sheriffs and
the Cook County Sheriff's Youth Policy
as it pertains to pulling detainees in
their hair. Please give me any lawsuit
pertaining to the above section. Attorney issues.

**STAFF RESPONSE - DO NOT WRITE IN THIS SECTION**

Law Library

Request Received: FEB 03 2023

Date:

LAW LIBRARY

ACKNOWLEDGING SENT

STAFF SIGNATURE: V. Dorsey

DATE INDIVIDUAL RECEIVED
RESPONSE/SERVICE: FEB 17 2023

(FCN-62) (NOV 21)

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INDIVIDUAL IN CUSTODY REQUEST FORM

CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | RELIGIOUS SERVICES |
|---|---|
| ☐ Write-Out | ☐ Muslim |
| ☐ Superintendent | ☐ Catholic |
| ☐ Commissary | ☒ Law Library |
| ☐ Trust Fund Balance | ☐ Parole Information |
| ☐ Board of Ed. (18-21 yrs.) | ☐ Public Library |
| ☐ G.E.D. (21 yrs. and over) | ☐ U.S. Mail Information |
| ☐ Release of Excess Cell Property | ☐ Work Program |
| ☐ Other | ☐ Voter Reg. Application |
| | ☐ Non-Denomination-Christian |
| | ☐ Baptist |
| | ☐ Jewish |
| | ☐ Jehovah's Witness |

INDIVIDUAL'S INFORMATION

NAME: Michael Mays

DATE SUBMITTED: Feb-14, 2023

ID NUMBER: 2018112702 9

COURT DATE: Mac 3, 2023

DIVISION: 9

LIVING UNIT: 3F

INDIVIDUAL IN CUSTODY SIGNATURE: [signature]

INDIVIDUAL'S REQUEST (PLEASE PRINT)

Michael Mays

I have documents that need
to be notorized.

Dup

STAFF RESPONSE - DO NOT WRITE IN THIS SECTION

Law Library

REQUEST RECEIVED: FEB 14 2023
Date:

ACCEPTED MAYS 2/15/23

STAFF SIGNATURE: V. Dorsey

DATE INDIVIDUAL RECEIVED
RESPONSE/SERVICE: FEB 17 2023

(FCN-62) (NOV 21)

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INDIVIDUAL IN CUSTODY REQUEST FORM

070

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | RELIGIOUS SERVICES |
|---|---|
| ☐ Write-Out | ☒ Law Library |
| ☐ Superintendent | ☐ Parole Information |
| ☐ Commissary | ☐ Public Library |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information |
| ☐ Board of Ed. (18-21 yrs.) | ☐ Work Program |
| ☐ G.E.D. (21 yrs. and over) | ☐ Voter Reg. Application |
| ☐ Release of Excess Cell Property | |
| ☐ Other | |

| RELIGIOUS SERVICES |
|---|
| ☐ Muslim |
| ☐ Catholic |
| ☐ Non-Denomination Christian |
| ☐ Baptist |
| ☐ Jewish |
| ☐ Jehovah's Witness |

**INDIVIDUAL'S INFORMATION**

NAME: Michael Mayr

DATE SUBMITTED: Feb. 13, 2023

ID NUMBER: 20181127027

COURT DATE: Mar. 3, 2023

DIVISION: 8

LIVING UNIT: 3/5

INDIVIDUAL IN CUSTODY SIGNATURE: Michael Mayr

**INDIVIDUAL'S REQUEST (PLEASE PRINT)**

I need copies made

5 pgs/1 copy
(pgs/Topics)

**STAFF RESPONSE - DO NOT WRITE IN THIS SECTION**

Law Library

Request Received FEB 14 2023

COPIES WAS SENT

STAFF SIGNATURE: V. Dorsey

DATE INDIVIDUAL RECEIVED
RESPONSE/SERVICE: FEB 17 2023

(FCN-62) (NOV 21)

**INDIVIDUAL-IN-CUSTODY LAW LIBRARY SIGN IN/SCHEDULING LOG SHEET**

| DIVISION: 8 RTU (2nd & 3rd Fl.) | DATE: 02/22/23 | LAW LIBRARIAN: MS. DORSEY | PAGE #1 OF 2 SESSION TIME: 9:30 AM |
|---|---|---|---|

| I.I.C NAME | I.I.C ID# & TIER | ACTUAL SCHEDULE TIME | ACTUAL SIGN-IN TIME | ACTUAL SIGN-OUT TIME | I.I.C SIGNATURE | SUPPLY | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| DURMAN JOHNSON | 2022-1217002  3-F | 9:30 | | 9:58 | *Durman Johnson* | E | P | F | B | |
| EDWARD CATTOUSE | 2020-0208067  3-F | 9:30 | | 9:58 | *Edward Cattouse* | E | P | F | B | |
| MICHAEL MAYO | 2018-1127027  3-F | 9:30 | | 9:58 | *M Mayo* | E | P | F | B | |
| TERRY SANDERS | 2023-0105148  3-F | 9:30 | | 9:58 | *Terry Sanders* | E | P | F | B | |
| RONALD MARTIN | 2022-0813104  3-F | 9:30 | | 9:58 | *Ronald Martin* | E | P | F | B | |
| CHARLES MARTIN | 2018-0601172  3-F | 9:30 | | 9:58 | *Charles Martin* | E | P | F | B | |
| STEPHEN MARTIN | 2022-0912089  3-G | 9:30 | — | | Refused | E | P | F | B | Ingram |
| JAQUAN WASHINGTON | 2019-0403158  3-G | 9:30 | | 9:08 | *Jaquan Wash.* | E | P | F | B | |
| RICKY KELLY | 2022-0428001  3-G | 9:30 | | 9:08 | *Ricky Kelly* | E | P | F | B | |
| ANTHONY RESCHKE | 2023-0124141  3-G | 9:30 | | 9:08 | *Anthony Reschke* | E | P | F | B | |
| RANDY STOKES | 2022-0804021  3-G | 9:30 | | 9:08 | *Randy St.* | E | P | F | B | |
| SHEDERICK BOWES | 2023-0113056  3-G | 9:30 | | 9:08 | *Shederick* | E | P | F | B | |
| ARTHUR HILLIARD | 2020-0130013  3-G | 9:30 | | 9:08 | *Art H.* | E | P | F | B | |
| KENNETH CARTER | 2018-0703169  3-G | 9:30 | | 9:08 | *Kenneth Carter* | E | P | F | B | |
| DAMON CALHOUN | 2022-0321126  3-G | 9:30 | | 9:08 | *Damon Calhoun* | E | P | F | B | |

NO. INDIVIDUAL-IN-CUSTODY _____15_____   NO. INDIVIDUAL-IN-CUSTODY VISITS _____14_____

_____
OFFICER

E=ENVELOPES   P=PAPER   F=FOLDER   B=1/2 X 13 BROWN ENVELOPE

3F-Sustek
3G-Ingram

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INDIVIDUAL IN CUSTODY REQUEST FORM

105

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | | RELIGIOUS SERVICES | |
|---|---|---|---|
| ☐ Write-Out | ☒ Law Library | ☐ Muslim | |
| ☐ Superintendent | ☐ Parole Information | ☐ Catholic | |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian | |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist | |
| ☐ Board of Ed. (18-21 yrs.) | ☐ Work Program | ☐ Jewish | |
| ☐ G.E.D. (21 yrs. and over) | ☐ Voter Reg. Application | ☐ Jehovah's Witness | |
| ☐ Release of Excess Cell Property | | | |
| ☐ Other | | | |

**INDIVIDUAL'S INFORMATION**

NAME: Michael Mayo

DATE SUBMITTED: Feb. 18, 2023

ID NUMBER: 20181127027

COURT DATE: Mar 3, 2023

DIVISION: 8

LIVING UNIT: 3J5

INDIVIDUAL IN CUSTODY SIGNATURE: Michael Mayo

**INDIVIDUAL'S REQUEST (PLEASE PRINT)**

I need the following cases: Pierce v District
of Columbia @ 128 F.Supp 3d 250
☆ Clemons v Dart 168 F.Supp 3d 1060 (30)
☆ Rosas v Dept of Corrections 195 F.Supp 3d 3.

**STAFF RESPONSE - DO NOT WRITE IN THIS SECTION**

| Law Library |
|---|
| Request Received FEB 21 2023 |
| Date: |

| Law Library |
|---|
| ACCESS PASS SENT |

DATE INDIVIDUAL RECEIVED RESPONSE/SERVICE: FEB 21 2023

STAFF SIGNATURE: V. Dorsey

(FCN-62) (NOV 21)

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INDIVIDUAL IN CUSTODY REQUEST FORM

070

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

| | | |
|---|---|---|
| ☐ Write-Out | ☒ Law Library | **RELIGIOUS SERVICES** |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Commissary | ☐ Public Library | ☐ Catholic |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Non-Denomination Christian |
| ☐ Board of Ed. (18-21 yrs.) | ☐ Work Program | ☐ Baptist |
| ☐ G.E.D. (21 yrs. and over) | ☐ Voter Reg. Application | ☐ Jewish |
| ☐ Release of Excess Cell Property | | ☐ Jehovah's Witness |
| ☐ Other | | |

**INDIVIDUAL'S INFORMATION**

NAME: Michael Mays

DATE SUBMITTED: Feb 18, 2023

ID NUMBER: 2018/127027

COURT DATE: Mar 3, 2023

DIVISION: 8

LIVING UNIT: 3E

INDIVIDUAL IN CUSTODY SIGNATURE: Michael mays

**INDIVIDUAL'S REQUEST (PLEASE PRINT)**

I need copies made

4/pgs 17 copies
3 pgs/ 3 copies

**STAFF RESPONSE - DO NOT WRITE IN THIS SECTION**

Law Library
Request Received FEB 21 2023
Date:

Law Library
ACCESS PASS SENT

STAFF SIGNATURE: V. Dorsey

DATE INDIVIDUAL RECEIVED
RESPONSE/SERVICE: FEB 2 2 2020

(FCN-62) (NOV 21)

## INDIVIDUAL-IN-CUSTODY LAW LIBRARY SIGN IN/SCHEDULING LOG SHEET

| | | | PAGE #1 OF 1 |
|---|---|---|---|
| **DIVISION: 8 RTU (2ⁿᵈ & 3ʳᵈ Fl.)** | DATE: 03/02/23 | LAW LIBRARIAN: MS. DORSEY | SESSION TIME: 8:00 AM |

| I.I.C NAME | I.I.C ID# & TIER | ACTUAL SCHEDULE TIME | ACTUAL SIGN-IN TIME | ACTUAL SIGN-OUT TIME | I.I.C SIGNATURE | SUPPLY | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| FRED GIBSON | 2023-0226088  3-B | 8:00 | | | Special Service- COVID-19 | E | P | F | B | Isolation |
| ANTHONY LOPEZ | 2023-0221134  3-B | 8:00 | | | Special Service- COVID-19 | E | P | F | B | Isolation |
| MONTEL GORDON | 2023-0210109  3-B | 8:00 | | | Special Service- COVID-19 | E | P | F | B | Isolation |
| HERBERT GRATH | 2023-0203036  3-C | 8:00 | | 8:40 | *signature* | E | P | F | B | |
| TIRNELL WILLIAMS | 2020-0927069  3-C | 8:00 | | 8:40 | Tirnell Williams | E | P | F | B | |
| ROBERT NASH | 2022-0702132  3-C | 8:00 | | 8:40 | Robert Nash | E | P | F | B | |
| DEMETRIUS MEMBERS | 2022-1028031  3-D | 8:00 | | 9:00 | Demetrius Members | E | P | F | B | |
| NICHOLAS CARDENAS | 2023-0103057  3-D | 8:00 | | 9:00 | *signature* | E | P | F | B | |
| ANTHONY MONEYHAM | 2021-0602079  3-D | 8:00 | | 9:00 | Anthony Moneyham | E | P | F | B | **COPIES** |
| MARIO EUMANA | 2021-0812034  3-D | 8:00 | | 9:00 | Mario Eum | E | P | F | B | |
| EUGENE ARNOLD | 2022-1029019  3-D | 8:00 | | 9:00 | Used AS My Signt | E | P | F | B | |
| KYUAN MURRAY | 2023-0215018  3-E | 8:00 | | | Special Service- COVID-19 | E | P | F | B | Isolation |
| CHRISTOPLE DAVIS | 2021-1123111  3-F | 8:00 | | 8:30 | *signature* | E | P | F | B | |
| MUHAMAD SULTAN | 2023-0201019  3-F | 8:00 | | 8:30 | *signature* | E | P | F | B | |
| MICHAEL MAYO | 2018-1127027  3-F | 8:00 | | 8:30 | M Mayo | E | P | F | B | **COPIES/NOTARY** |

NO. INDIVIDUAL-IN-CUSTODY _____15_____   NO. INDIVIDUAL-IN-CUSTODY VISITS _____15_____

_____
OFFICER

E=ENVELOPES   P=PAPER   F=FOLDER   B=1/2 X 13 BROWN ENVELOPE

3B- Haddad

3C- Rodriguez

3D- Cieslak

3E- Taylor

3F- Garcia

070

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INDIVIDUAL IN CUSTODY REQUEST FORM

CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☑ Law Library | ☐ Muslim |
| ☐ Superintendent | ☐ Parole Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (18-21 yrs.) | ☐ Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs. and over) | ☐ Voter Reg. Application | ☐ Jehovah's Witness |
| ☐ Release of Excess Cell Property | | |
| ☐ Other | | |

**INDIVIDUAL'S INFORMATION**

NAME: Michael Mayo    DATE SUBMITTED: Feb 25, 2023

ID NUMBER: 2018112 7027    COURT DATE: Mar 3, 2023

DIVISION: 8    LIVING UNIT: 3F

INDIVIDUAL IN CUSTODY SIGNATURE: Michael Mayo

**INDIVIDUAL'S REQUEST (PLEASE PRINT)**

I need copies and a notary
stamp

2 pgs/1 copy
2 pgs/3 copies
12 pgs/4 copies

**STAFF RESPONSE - DO NOT WRITE IN THIS SECTION**

Law Library    Law Library

Request Received FEB 27 2023    ACCESS PROVIDED

Date:    DATE INDIVIDUAL RECEIVED
RESPONSE/SERVICE    MAR 02 2023

STAFF SIGNATURE: V. Dorsey

(FCN-62) (NOV 21)

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INDIVIDUAL IN CUSTODY REQUEST FORM

225

**CHOOSE ONLY (1) OF THE FOLLOWING SERVICES**

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☒ Law Library | ☐ Muslim |
| ☐ Superintendent | ☐ Parole Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (18-21 yrs.) | ☐ Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs. and over) | ☐ Voter Reg. Application | ☐ Jehovah's Witness |
| ☐ Release of Excess Cell Property | | |
| ☒ Other  CALL | | |

**INDIVIDUAL'S INFORMATION**

NAME: Michael Mays

DATE SUBMITTED: Feb. 25, 2023

ID NUMBER: 20181127027

COURT DATE: Mar. 3, 2023

DIVISION: 8      LIVING UNIT: 3/5

INDIVIDUAL IN CUSTODY SIGNATURE: Michael Mays

**INDIVIDUAL'S REQUEST (PLEASE PRINT)**

I need documents signed
with notary. Notary Serv

**STAFF RESPONSE - DO NOT WRITE IN THIS SECTION**

Law Library

Request Received  FEB 2 7 2023

Date:

Law Library
ACCESS PASS SENT

STAFF SIGNATURE:  V. Dorsey

DATE INDIVIDUAL RECEIVED RESPONSE/SERVICE: MAR 1 2 2023

(FCN-62) (NOV 21)

**INDIVIDUAL-IN-CUSTODY LAW LIBRARY SIGN IN/SCHEDULING LOG SHEET**

| DIVISION: 8 RTU (2nd & 3rd Fl.) | DATE: 03/10/23 | LAW LIBRARIAN: MS. DORSEY | PAGE #1 OF 1 SESSION TIME: 8:00 AM |
|---|---|---|---|

| I.I.C NAME | I.I.C ID# & TIER | ACTUAL SCHEDULE TIME | ACTUAL SIGN-IN TIME | ACTUAL SIGN-OUT TIME | I.I.C SIGNATURE | SUPPLY | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| ERIC HARRIS | 2023-0209028  3-B | 8:00 | | | Special Service-COVID-19 | E | P | F | B | Isolation |
| MUHAMMAD QADRY | 2023-0216025  3-B | 8:00 | | | Special Service-COVID-19 | E | P | F | B | Isolation |
| JAMES WHITMORE | 2022-1214095  3-C | 8:00 | | 8:09 | James Whitmore | E | P | F | B | |
| KEVIN KANOUSE | 2021-0202069  3-C | 8:00 | | 8:09 | | E | P | F | B | |
| RON BROWNING | 2022-1230001  3-C | 8:00 | | 8:09 | Ron Browning | E | P | F | B | |
| JUAN RODRIGUEZ | 2022-0809056  3-C | 8:00 | | 8:09 | Juan Rod r | E | P | F | B | |
| ROBERT NASH | 2022-0702132  3-C | 8:00 | | 8:09 | Robo Nash | E | P | F | B | |
| TONY SHIELDS | 2021-0708037  3-D | 8:00 | | 8:19 | | E | P | F | B | |
| DEMETRIUS MEMBERS | 2022-1028031  3-D | 8:00 | | | Court | E | P | F | B | Cieslak |
| ANTHONY MONEYHAM | 2021-0600079  3-D | 8:00 | | 8:19 | Anthony Moneyham | E | P | F | B | |
| DARREON THOMPSON | 2022-1107066  3-D | 8:00 | | 8:19 | Darreon Thompson | E | P | F | B | |
| EUGENE ARNOLD | 2022-1029019  3-D | 8:00 | | 8:19 | Eugene Arnold | E | P | F | B | |
| KEVIN SAMPSON | 2021-0112108  3-D | 8:00 | | 8:19 | | E | P | F | B | COPIES |
| LEO MCGUINN | 2021-0317101  3-E | 8:00 | | | Special Service-COVID-19 | E | P | F | B | Isolation |
| MICHAEL MAYO | 2018-1127027  3-F | 8:00 | | 7:57 | M Mayo | E | P | F | B | COPIES |

NO. INDIVIDUAL-IN-CUSTODY _____15_____    NO. INDIVIDUAL-IN-CUSTODY VISITS _____14_____

_____
OFFICER

E=ENVELOPES    P=PAPER    F=FOLDER    B=1/2 X 13 BROWN ENVELOPE

3B- Ruffin

3C- Rodriguez

3D- Cieslak

3E- Dybowski

3F- Hopkins

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INDIVIDUAL IN CUSTODY REQUEST FORM  070

## CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | RELIGIOUS SERVICES |
|---|---|
| ☒ Law Library | ☐ Muslim |
| ☐ Write-Out | |
| ☐ Superintendent | ☐ Parole Information |
| ☐ Commissary | ☐ Public Library |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information |
| ☐ Board of Ed. (18-21 yrs.) | ☐ Work Program |
| ☐ G.E.D. (21 yrs. and over) | ☐ Voter Reg. Application |
| ☐ Release of Excess Cell Property | |
| ☐ Other | |

| Catholic |
| Non-Denomination Christian |
| Baptist |
| Jewish |
| Jehovah's Witness |

## INDIVIDUAL'S INFORMATION

NAME: Michael Mayo

DATE SUBMITTED: Mar 3, 2023

ID NUMBER: 2018 1127027

COURT DATE: ~~Mar~~ Apr. 14 2023

DIVISION: 8

LIVING UNIT: 3E

INDIVIDUAL IN CUSTODY SIGNATURE: Michael Mayo

## INDIVIDUAL'S REQUEST (PLEASE PRINT)

I need Copies and envelopes
please. 4pgs/6 copies
Also one folder

## STAFF RESPONSE    DO NOT WRITE IN THIS SECTION

Law Library

ACCESS PASS SENT

Request Received  MAR 07 2023

Date:

DATE INDIVIDUAL RECEIVED
RESPONSE/SERVICE  MAR 10 2023

STAFF SIGNATURE: V. Dorsey

(FCN-62) (NOV 21)

## INDIVIDUAL-IN-CUSTODY LAW LIBRARY SIGN IN/SCHEDULING LOG

| DIVISION: 8 RTU (2nd & 3rd FL) | DATE: 03/14/23 | LAW LIBRARIAN: MS. DORSEY |
|---|---|---|

| IIC NAME | IIC ID# & TIER | | ACTUAL SCHEDULE TIME | ACTUAL SIGN-IN TIME | ACTUAL SIGN-OUT TIME | IIC SIGNATURE |
|---|---|---|---|---|---|---|
| LEO MCGUINN | 2021-0317101 | 3-E | 9:00 | | | Refused |
| WILLIAM RUZICKA | 2023-0228132 | 3-E | 9:00 | | | Special Service-COVID-19 |
| DALE LEWIS | 2017-0111162 | 3-F | 9:00 | | 9:12 | Dale Lew |
| CHRISTOPLE DAVIS | 2021-1123111 | 3-F | 9:00 | | 9:12 | Chris D |
| JOSEPH SORRENTINO | 2022-0613143 | 3-F | 9:00 | | 4:38 | Sorris |
| CHARLES WILLIAMS | 2018-0601172 | 3-F | 9:00 | | 9:12 | Chas Williams |
| MICHAEL MAYO | 2018-1127027 | 3-F | 9:00 | | 9:12 | M Mayo |
| ROBERT GACHO | 2021-0625119 | 3-F | 9:00 | | 9:12 | Gacho |
| ANGEL CAPELES | 2021-0108109 | 3-F | 9:00 | | 9:10 | Angel Capeles |
| TERRY SANDERS | 2023-0105148 | 3-F | 9:00 | | 9:12 | Terry Sanders |
| ARTHUR HILLIARD | 2020-0130013 | 3-F | 9:00 | | 9:12 | Art Toll |
| RICKY KELLY | 2022-0428001 | 3-G | 9:00 | | 8:25 | Ricky Kelly |
| DAVID MCDANIEL | 2021-1230001 | 3-G | 9:00 | | 8:25 | David McDaniel |
| ANTHONY RESCHKE | 2023-0124141 | 3-G | 9:00 | | 8:25 | Anthony Reschke |
| HECTOR CAMACHO | 2022-0718121 | 3-G | 9:00 | | 8:25 | Hector Camacho |

NO. INDIVIDUAL-IN-CUSTODY _____5_____     NO. INDIVIDUAL-IN-CUSTODY VISITS: _____

_____
OFFICER

E=ENVELOPES   P=PAPER   F=FOLDER   B=1/2 X 13 BROWN ENVELOPE

Inmate #: _070_

## COOK COUNTY
## DEPARTMENT OF CORRECTIONS
### INDIVIDUAL IN CUSTODY REQUEST FORM

CHOOSE ONE (1) OF THE FOLLOWING SERVICES:

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☑ Law Library | ☐ Muslim |
| ☐ Superintendent | ☐ Parole Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (18-21 yrs.) | ☐ Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs. and over) | ☐ Voter Reg. Application | ☐ Jehovah's Witness |
| ☐ Release of Excess Cell Property | | |
| ☐ Other | | |

### INDIVIDUAL'S INFORMATION

NAME: _Michael Mayo_  DATE SUBMITTED: _Mar 13, 2023_

ID NUMBER: _2018 1127027_  COURT DATE: _April 14, 2023_

DIVISION: _____  LIVING UNIT: _3C_

INDIVIDUAL IN CUSTODY SIGNATURE: _Michael Mayo_

INDIVIDUAL'S REQUEST (PLEASE PRINT):

_I need copies made and_
_one folder._

_10/1 copy_
_8 pgs/8 copies_

### STAFF RESPONSE: DO NOT WRITE IN THIS SECTION

Law Library

Request Received: MAR 13 2023

Date: _____

STAFF SIGNATURE: _V. Dorsey_

DATE INDIVIDUAL RECEIVED RESPONSE/SERVICE: MAR 14 2023

(FCN-62) (NOV 21)