UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Michael Mayo
          Plaintiff,

v.                                             Case No.: 1:21−cv−05014
                                                  Honorable John J. Tharp Jr.

Tom Dart, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 18, 2023:

      MINUTE entry before the Honorable M. David Weisman: In light of defendant's status report [ECF #[40]], which addresses factual issues regarding plaintiff's access to librarian services while at Cook County Jail, and importantly, suggests that plaintiff has not previously exhausted his access to library services nor has he been denied access to library services requested, plaintiff's motion requesting a court order for library services and copies [ECF #[38]] is denied. Plaintiff is encouraged to request and use the library services as explained in defendant's status report. To the extent an issue regarding access to library services occurs in the future, plaintiff may file an appropriate motion at that time. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.