UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL MAYO, )
        Plaintiff, ) Case No. 1:21-cv-05014
)
  v. ) Hon. John J. Tharp, Jr.
)
TOM DART, )
        Defendant. )

## DEFENDANT STATUS REPORT

Per Dkt #39, the Court ordered that, Defendant must file a status report by 6/12/23, addressing: the current status of written discovery, including whether written discovery requests have been issued and responded to (and whether any issues have arisen during this process); and a listing of depositions that defendant intends to take.

I. The current status of written discovery, including whether written discovery requests have been issued and responded to (and whether any issues have arisen during this process)

**Answer: The parties have answered written discovery. Defendant is not aware of any issues.**

II. A listing of depositions that defendant intends to take.

**Answer: Defendant intends to take the zoom deposition of the plaintiff on June 29, 2023. After a meet and confer with plaintiff on June 9, he would like to depose witnesses Forest Peterson and Eric Hamilton, who is incarcerated within the IDOC.**

        Respectfully Submitted,

        /s/*Troy S. Radunsky*
        Troy S. Radunsky
        One of the Attorneys for Defendants

Troy S. Radunsky (ARDC# 6269281)
DeVore Radunsky LLC
230 W. Monroe, Suite 230
Chicago, IL 60606
tradunsky@devoreradunsky.com

1