SM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED**

JUL 05 2023  Km

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael Mayo

   Plaintiff,

v.
         Case No: 1:21-CV-05014
         Honorable M. David Weisman

Tom Dart

   Defendant.

## Plaintiff's Motion Requesting Deposition Of Essential Persons

1. Michael Miller is the Executive Director of the Cook County Department of Corrections.

2. Director Miller played an intricate roll in planning and developing protocals to combat the COVID-19 pandemic in the Cook County Jail.

3. Director Miller provided testimony in Mays V. Dart (case No. 20 C 2134) defending the Cook County Jails response to the COVID-19 pandemic.

4. For the above reasons plaintiff believes director Miller should be available to depose.

5. Forrest Petersen was a pretrial detainee who was housed in Division 8 (RTU) tier 3G and 3F with plaintiff during the COVID-19 pandemic.

6. Forrest Petersen was tested for COVID-19 on April 17, 2020 along side plaintiff and both Mr. Petersen and plaintiff tested positive for COVID-19.

7. Forrest Petersen's contact information is:
   986 North Village Drive Apt. 2
   Round Lake Beach, IL 60073

8. Forrest Petersen's phone # is 773-339-1179.

9. Plaintiff prays that the Honorable Judge M. David Weisman grants plaintiff's motion request to depose Director Michael Miller and Forrest Petersen.

Sincerely,

Michael C. Mayo

Michael C. Mayo
20181127027
2700 S. California
Chicago, IL 60608

## CERTIFICATE OF SERVICE

The undersigned states that on June 28, 2023,
Plaintiff's Motion Requesting Deposition Of Essential Persons
were served via United States Postal Service to the
stated address below.

Michael C. Mayo

Troy S. Radunsky
De Vore Radunsky
230 West Monroe Suite 230
Chicago, IL 60606

Hon. M. David Weisman
Office Of Clerk Of The U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

S SUBURBAN IL 604

30 JUN 2023 PM 5 L

Michael Mayo
2018112 7627
2700 S. California
Chicago, IL 60608
RECEIVED
-5 2023

Hon Judge M. David Weisman
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

60604-204243

07/05/2023-21