**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Michael Mayo
                Plaintiff,

v.                                                    Case No.: 1:21−cv−05014
                                                    Honorable John J. Tharp Jr.

Tom Dart, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 11, 2023:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. Parties have exchanged written discovery responses and defendants recently conducted plaintiff's deposition. As to plaintiff's motion requesting deposition of essential persons [47], the Court granted the motion over no objection. Plaintiff may conduct depositions of Director Miller and Forrest Peterson by 10/10/23. The Court observed that due to plaintiff's custodial and pro se status, conducting depositions presents certain practical difficulties. Accordingly, plaintiff is directed to Federal Rule of Civil Procedure 31, which addresses depositions using written questions. Plaintiff also raised concerns with defendants' discovery responses, however, plaintiff does not have copies of all the responses. Thus, the Court ordered defense counsel to resend the discovery responses to plaintiff by 7/14/23. Defense counsel must also send a courtesy copy of the written discovery responses to the Court's proposed order email address: Proposed_Order_Weisman@ilnd.uscourts.gov by 7/14/23 (defense counsel need not include actual documents produced). Status hearing scheduled for 9/6/23 at 9:15 a.m. Plaintiff will be heard as to any written discovery issues at that time. Defense counsel shall make arrangements for plaintiff to be available by phone and MUST e−mail the contact information to Chambers at least three days prior to the hearing at Weisman_Chambers@ilnd.uscourts.gov. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Please note that the Court's conference call−in will be used by all cases that are on the Court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called by the Court. Once the Court has heard your case you shall disconnect from the conference line. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.