UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

Plaintiff, Michael Mayo          Case No: 1:21-CV-5014

v.

                                 Judge: Hon. M. David Weisman

Defendant, Tom Dart

Amended Motion For Attorney Representation

1. I, Michael Mayo, declare that I am the plaintiff in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   1. Canel, King and Jones 312-372-4142
   2. Jenner and Block
   3. Julie O. Herrera 312-697-0022
   4. Sidley Austin LLP 312-853-7000
   5. Loevy and Loevy 312-243-5900
   6. Northwestern 312-503-8576
   7. Thomas Morrissey 773-233-7900
   8. GKW and W 312-362-0000
   9. ACLU 312-201-9740
   10. Nick Lane 312-574-0209

FILED
AUG - 1 2023 JC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(1)

11. Sean Brown 708-858-1402
12. UPLC 773-769-1411
13. Equip For Equality 312-341-0022
14. People's Law Office 773-235-0070
15. Dvorak Law Offices, LLC 312-593-7146

I have been unable to find an attorney because none of the above attorneys have time or the resources to take my case.

3. I declare that I am currently represented by an attorney requested by the Court in a federal civil case.
Case Name: Michael Mayo Vs. Larry Gavin et al.
Case No: 1:21-CV-04653
Attorney's Name: David Zott (Kirkland and Ellis)
The case is pending and appointment was not limited to settlement assistance.

4. I declare that my highest level of education is college graduate.

(2)

5. Plaintiff's request for attorney representation stems from a multitude of obstacles faced by his incarceration at the Cook County Jail.
   1. In March of 2023 ERT conducted a search and confiscated plaintiff's legal books, notes and discovery documents sent by defendants attorney.
   2. Weekly searches prevent plaintiff from keeping organized notes, grievances and legal documents. When searches are conducted documents are missing or not where plaintiff left them.
   3. Plaintiff has had difficulty sending out legal certified mail. Plaintiff notified the CRW Ms. Hobbs on July 10, 2023 that he had legal certified mail to have processed. Ms Hobbs told plaintiff she would process the mail on Friday July 14, 2023. (Ms. Hobbs has chosen Fridays to process all certified mail.) Plaintiff approached Ms. Hobbs the morning of July 14, 2023 and Ms. Hobbs told plaintiff she could not do it now, it would have to be later that day. Plaintiff approached Ms Hobbs just before she left for the day and Ms. Hobbs told plaintiff she would have to process the mail on Monday. On Monday 17, 2023, the legal certified mail was paid for out of plaintiff's trust fund account, but as of July 26, 2023 over a week later the

(3)

tracking number 7018 3090 0000 1751 6336 with USPS shows no package, so plaintiff assumes mail is still in the building and has not been sent. Plaintiff requested to have legal certified mail sent the following Friday July 21, 2023. Although, plaintiff made CRW Ms Hobbs aware of his request early in the week, plaintiff's mail was not processed on Friday July 21, 2023. Monday July 24, 2023, plaintiff approached Ms Hobbs about processing his legal mail. Once again plaintiff's request was denied because Ms Hobbs had something else to do. Ms Hobbs has created an obstacle for the plaintiff and has made his ability to meet deadlines difficult.

6. On July 25, 2023, plaintiff was delivered part of the Produced Discovery Materials (sent by DeVore Radunsky) by lieutenant Percell. Plaintiff, was instructed that he could only have the first one hundred pages and plaintiff would have to surrender the initial one hundred pages before he would be aloud to have another one hundred pages. This pattern was to continue until plaintiff reviewed all the discovery. This was not the courts order and it prevents plaintiff from having his complete discovery on hand for review or reference.

(4)

Plaintiff's ability to defend this case has been greatly compromised by his status of incarceration.

Plaintiff prays that the Honorable Judge. M. David Weisman rules in his favor and grants his Motion For Attorney Representation.

7. I declare under penalty of perjury that the foregoing is true and correct.

Michael Mayo
Movant's Signature

2700 South California
Street Address

July 26, 2023
Date

Chicago, IL 60608
City, State, Zip

**GARDINER KOCH WEISBERG & WRONA**

Attorneys at Law



53 West Jackson Blvd. Suite 950
Chicago, Illinois 60604
Telephone    312.362.0000
Direct Dial:    312.784.1200
Facsimile    312. 362.0440
www.gkwwlaw.com

June 17, 2020

**Sent via U.S. Mail**
Michael Mayo
20181127027
Div 08-3G-D5-34
P.O. Box 089002
Chicago, IL  60608

Dear Mr. Mayo:

You contacted our office regarding your possible case. Unfortunately, we are unable to assist you in your case. Please note that all cases have statutes of limitations and that you will be generally precluded from filing a complaint in your case unless you act in timely fashion. If you seek to proceed with your claim, you should obtain counsel immediately.

Our firm has achieved millions of dollars of result for our clients on the plaintiff side of litigation and have saved our clients millions of dollars on the defense side in other cases. We would welcome the opportunity to assist you if you have legal matters in the future. We would also appreciate a call from you or a friend or relative involved in a civil litigation matter including cases involving contract disputes, shareholders disputes, injury, death, or discrimination cases.

Thank you again for contacting our firm.

Very truly yours,

GARDINER KOCH WEISBERG & WRONA

Thomas G. Gardiner

Cc: Dean Morask
TGG/ks



**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
Illinois

ROGER BALDWIN FOUNDATION
OF ACLU, INC.
150 N. MICHIGAN AVENUE
SUITE 600
CHICAGO, ILLINOIS 60601-7570
(312) 201-9740
FAX (312) 201-9760
WWW.ACLU-IL.ORG

June 18, 2020

Mr. Michael Mayo #20181127027
P. O. Box 089002
Div 08-3G-D5-34
Chicago, IL 60608

Dear Mr. Mayo:

Thank you for contacting the American Civil Liberties Union of Illinois. We apologize for the delay in responding to your message. We have reviewed your situation carefully and we regret to inform you that we still will not be able to accept your case because we do not handle individual cases about jail conditions.

As you probably know by now, a lawsuit about the conditions at the county jail was filed by attorneys at Northwestern Law School and others. If the difficulties you report are continuing, you should reach out to Attorney Alexa van Brunt at Northwestern. Her contact information is:

> Alexa Van Brunt, Director
> MacArthur Justice Center Clinic at Northwestern Pritzker School of Law
> 357 East Chicago Avenue
> Chicago, IL 60611
> 312-503-1271
> http://www.macarthurjusticecenter.org/index.html

We receive more than 20,000 requests annually for legal assistance. Our resources are limited and we can only act upon a small percentage of the requests.

Please accept our regrets that we cannot help you with your situation. We are not able to return the documents you sent us because we are working remotely.

Sincerely,

Intake Department

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

October 19, 2020

**CONFIDENTIAL LEGAL CORRESPONDENCE**

*Via USPS Mail*
Michael Mayo 20181127027
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

*Re: Your request for legal representation*

Michael Mayo:

    This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

    Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

    We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Loevy & Loevy



# ACLU
## Illinois

March 3, 2023

Mr. Michael Mayo #20181127027
2700 S. California Ave.
Chicago, IL 60608

Dear Mr. Mayo:

Thank you for contacting the American Civil Liberties Union of Illinois once more. We have reviewed your situation carefully and we regret to inform you that we still will not be able to accept your case because we do not have the resources to handle individual cases against IDOC. We suggest that you contact the following organization for assistance with acquiring handicapped accommodations.

**Equip for Equality**
20 North Michigan, Suite 300
Chicago, IL 60602
312-341-0022 or 800-537-2632
800-610-2779(TTY)
http://www.equipforequality.org/

The ACLU office is a legal center that involves itself with broad impact, constitutional litigation. These are issues where the government has abused constitutional rights. Unfortunately, we regret that most cases of individual unfairness or injustice cannot be accepted.

We receive more than 20,000 requests annually for legal assistance. Our resources are limited and we can only act upon a small percentage of the requests. The fact that we cannot help you, however, does not mean your case has no merit. It may be that we are handling a similar case, that the case does not involve a novel issue pertaining to civil liberties, or that we do not have the resources to handle the case.

You should know that there is a limited time in which legal action may be pursued, sometimes referred to as a statute of limitations. You might be wise to ask an attorney for advice about preserving any rights you may have.

Please accept our regrets that we still cannot help you with your situation.

Sincerely,

Intake Department

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

March 16, 2023

**CONFIDENTIAL LEGAL CORRESPONDENCE**

*Via USPS Mail*
Michael Mayo 20181127027
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

*Re: Your request for legal representation*

Michael Mayo:

This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Loevy & Loevy

WWW.LOEVY.COM                                 main 312.243.5900 | fax 312.243.5902



4413 North Sheridan | Chicago, Illinois 60640
Phone: 773.769.1411 | Fax: 773.769.2224
www.uplcchicago.org

**PRIVILEGED LEGAL CORRESPONDENCE**

03/30/2023

Michael Mayo
20181127027
Cook County Jail
2700 S. California Ave
Chicago, IL 60608

Dear Michael Mayo,

Please be advised that we received your letter requesting legal assistance. While UPLC represents many prisoners, the work we do is limited to civil rights cases challenging the way people are treated in the Illinois Department of Corrections. We do not take cases out of county jails, federal prisons, or prisons outside the state of Illinois.

Although UPLC cannot represent you, that does not mean you do not have meritorious claim. We have not investigated your potential claims. However, there are various deadlines and requirements necessary for filing a case. First of all, under the Prisoner Litigation Reform Act, before an incarcerated person can file a case, they need to exhaust their "administrative remedies." This process will be different depending on what type of facility you are in (county jail, federal prison, or state prison). We cannot advise you on how to exhaust administrative remedies where you are located, but it generally involves filing a grievance within the time frames laid out by your facility and following procedures to appeal the response you receive. Additionally, once the grievance process has been exhausted, the case must be filed within the applicable statute of limitations, which is generally two years.

As we have not reviewed the merits of your claim, we are not in a position to advise you which deadlines apply to your particular claims. If such a deadline is approaching, you should file something on your own immediately, so you do not miss any deadlines.

Although we are unable to represent you, we recommend that you keep a copy of this letter for your records. If you decide to file a lawsuit *pro se* (without legal representation), you will have the opportunity to file a motion with the court requesting that they appoint an attorney to represent you. If you file a motion for the appointment of counsel, you must include evidence that you tried to find an attorney on your own but were unsuccessful. Therefore, you should submit a copy of this letter and similar letters you may have received from other law offices along with such a motion.

Sincerely,

Uptown People's Law Center



**Advancing the human and civil rights of people with disabilities**
SELF-ADVOCACY ASSISTANCE ★ LEGAL SERVICES ★ DISABILITY RIGHTS EDUCATION ★ PUBLIC POLICY ADVOCACY ★ ABUSE INVESTIGATIONS

May 22, 2023

*Privileged LEGAL Correspondence*
Michael Mayo, 20181127027
2700 South California Avenue
Chicago, IL 60608

Re: Your Request for Assistance – No. 2023-3235

Dear Mr. Mayo:

Thank you for your letter to Equip for Equality dated February 13, 2023. We apologize for our delayed response. You asked for legal representation in a lawsuit against Cook County Jail.

Unfortunately, we are not able to offer you assistance with this matter because we have limited resources. There are a number of private law firms in the Chicago area that handle prisoner rights cases. Enclosed is a list of some of those civil rights attorneys who may be willing to consider your case.

Please also know that the Prisoner Litigation Reform Act, 42 U.S.C. § 1997e(a), requires that prisoners file a grievance and all available administrative appeals **before** they can bring a federal lawsuit. You should carefully follow the prison's policy for filing and appealing grievances, including all deadlines and time limits. The appeals of the grievance must be to each level stated in the policy (such as the warden, the director, and the ARB). If you do not receive a response to your grievance at any level, we suggest that you send a written request for the response. If you still do not get a response, then you should proceed to the next level of appeal with a letter explaining when you filed the grievance and any follow-up requests you made, and that you never received a response. Do everything you can to complete your parts of the grievance process, even if the facility is not doing their part.

For most legal claims, there is a deadline to file in court. This deadline is called a statute of limitations. For federal civil rights cases, the period is usually two years from the incident. Other legal claims may have other deadlines too. Also, please know that by giving this information and the attorney list, we are not offering you legal advice or assessing the strength or merits of your case.

Equip for Equality (EFE) is a private non-profit organization dedicated to advancing the human and civil rights of people with disabilities. The work that we do is for people with disabilities on issues related to their disabilities. For your reference, I am enclosing some fact sheets with more information about your rights under the Americans with Disabilities Act. You are welcome to contact us about any disability-related issues you may have in the future.

Sincerely,

Amanda Antholt
Civil Rights Team

Enclosure: *Attorney List, Original Documents; SAA Fact Sheets*

THE INDEPENDENT, FEDERALLY MANDATED PROTECTION & ADVOCACY SYSTEM FOR THE STATE OF ILLINOIS
MARK P. ROTATORI, BOARD CHAIRPERSON    ZENA NAIDITCH, PRESIDENT & CEO
MAIN OFFICE: 20 N. MICHIGAN AVENUE, SUITE 300 ★ CHICAGO, IL 60602 ★ EMAIL: CONTACTUS@EQUIPFOREQUALITY.ORG ★ TEL: (312) 341-0022
TOLL FREE: (800) 537-2632 ★ TTY: (800) 610-2779 ★ FAX: (312) 541-7544 ★ MULTIPLE LANGUAGE SERVICES
WWW.EQUIPFOREQUALITY.ORG

# West Town Law Office

2502 West Division Street • Chicago, Illinois 60622
(773) 278-6706 • Fax (773) 278-0635
melindapower1@gmail.com

**Melinda Power**
Attorney at Law

Mr. Michael Mayo 20181127027
2700 South California
Chicago, IL 60608

July 14, 2023

Dear Mr. Mayo:

Thank you for contacting me and for your service to this country. Unfortunately, I have an extremely high case load that does not permit me to take your case. Additionally, I do not specialize in ADA violations so I would not be able to provide representation in this area of the law. I encourage you to reach out to a lawyer who specifies in ADA violations, as they will be better informed to help you with your issues.

Sincerely,

Melinda Power





Office Of Clerk Of The US
District Court / ATTN: Hon. M. David Weisman
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

08/01/2023-11

Michael Mayo
20181127027
2700 South California
Chicago, IL 60608