**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Michael Mayo
                              Plaintiff,

v.                                                   Case No.: 1:21−cv−05014
                                                      Honorable John J. Tharp Jr.

Tom Dart, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 7, 2023:

      MINUTE entry before the Honorable M. David Weisman: Due to a scheduling conflict at Plaintiff's facility, the status hearing set for 9/19/23 is stricken and reset to 9/20/23 at 9:15 a.m. Defense counsel shall make arrangements for Plaintiff to be available by phone and MUST e−mail the contact information to Chambers at least three days prior to the hearing at Weisman_Chambers@ilnd.uscourts.gov. Parties shall dial in using the Court's conference call−in number. The conference call− in number is 1−877−411−9748 and the passcode is 1814539. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.