UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Michael Mayo
                              Plaintiff,

v.                                                                         Case No.: 1:21−cv−05014
                                                                       Honorable John J. Tharp Jr.

Tom Dart, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Judge status hearing held. Plaintiff reports initial discovery was confiscated by jail, Defense counsel sent out new set, which parties agree was voluminous, but plaintiff instructed by jail he could only have 100 sheets at a time. Plaintiff needs simultaneous access to all discovery to prepare written deposition questions. Plaintiff has requested attorney representation, and the district court ruled on that request. Discussion held regarding laundry logs. Defense counsel will conduct further investigation and supplement, if possible. Defense counsel discussing with jail how to produce requested documents to plaintiff without compromising safety. Defense to file status report on 10/13/23 regarding protocol to produce requested documents and provide plaintiff with access to his discovery file so he can meaningfully prepare for any deposition discovery. Telephonic status hearing set for 10/18/23 at 9:15 a.m. Court informed plaintiff that some issues he alleges may be resolved in a separate class action pending before a different district court judge. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.