**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL MAYO, | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-05014 |
| | ) | |
| v. | ) | Hon. John J. Tharp, Jr. |
| | ) | |
| TOM DART, | ) | |
| Defendant. | ) | |

## DEFENDANT STATUS REPORT

Per Dkt #55, the Court ordered that, Defendant must file a status report by October 13, 2023 addressing the protocol to produce requested discovery documents and provide plaintiff with access to his discovery file so he can meaningfully prepare for any deposition discovery.

**RESPONSE:** He will be given a 4-hours in a room by himself one time. If he would like to take less than 100 pages of those records to his cell after the inspection, he would be permitted. He is not permitted to possess more than 100 pages due to safety and security of the facility. The jail is also paying an employee overtime (time and a half) to accommodate the plaintiff's request. If the inspection goes over 4 hours, the County would be forced to pay an officer's time and half wage for every hour over.

Respectfully Submitted,

/s/*Troy S. Radunsky*
Troy S. Radunsky
One of the Attorneys for Defendants

Troy S. Radunsky (ARDC# 6269281)
DeVore Radunsky LLC
230 W. Monroe, Suite 230
Chicago, IL 60606
tradunsky@devoreradunsky.com