**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Michael Mayo
                Plaintiff,

v.                                                      Case No.: 1:21−cv−05014
                                                      Honorable John J. Tharp Jr.

Tom Dart, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 18, 2023:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. Court informed plaintiff of status report at ECF 56 regarding proposed protocol for plaintiff's review of written discovery prior to preparation of his written questions in lieu of depositions. Plaintiff will be given 4 hours in a room to review discovery, and plaintiff will be allowed to take 100 pages back to his cell. Defendant will inquire of date for plaintiff's review and Court leaves it to the parties to schedule that review with the facility. Plaintiff asked if he could start with 2 hours and then digest the information before returning for a second 2−hour session. Court inquired of burden to pay for two 2−hour increments versus 4−hour increments; defense counsel noted that must pay in 4−hour increments, so Court directs that 4−hour review to proceed. If plaintiff finds 4 hours is not sufficient, plaintiff can inform the Court. Plaintiff inquired of outstanding laundry logs. Defendant required to produce laundry logs by 10/27/23. Plaintiff requested that the logs be legible; defense counsel indicated it would ensure that documents are legible. Status hearing set for 11/21/23 at 9:15 a.m. Status report due 11/17/23 addressing whether laundry logs were produced, confirming that plaintiff had opportunity to review documents, and indicating whether plaintiff is planning to propound questions in lieu of depositions. Defendant will make every effort to give plaintiff notice of when the document review will occur. Defense counsel shall make arrangements for Plaintiff to be available by phone and MUST e−mail the contact information to Chambers at least three days prior to the hearing at Weisman_Chambers@ilnd.uscourts.gov. Parties shall dial in using the Court's conference call−in number. The conference call− in number is 1−877−411−9748 and the passcode is 1814539. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.