**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL MAYO, | ) | |
|       Plaintiff, | ) | Case No. 1:21-cv-05014 |
| | ) | |
|       v. | ) | Hon. John J. Tharp, Jr. |
| | ) | |
| TOM DART, | ) | |
|       Defendant. | ) | |

### STATUS REPORT REGARDING LAUNDRY LOGS AND 4-HOUR DOCUMENT INSPECTION

On October 19, 2023 (Dkt #57), the Court ordered in pertinent part:

*MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. Court informed plaintiff of status report at ECF 56 regarding proposed protocol for plaintiff's review of written discovery prior to preparation of his written questions in lieu of depositions. Plaintiff will be given 4 hours in a room to review discovery, and plaintiff will be allowed to take 100 pages back to his cell. Defendant will inquire of date for plaintiff's review and Court leaves it to the parties to schedule that review with the facility. Plaintiff asked if he could start with 2 hours and then digest the information before returning for a second 2-hour session. Court inquired of burden to pay for two 2-hour increments versus 4-hour increments; defense counsel noted that must pay in 4-hour increments, so Court directs that 4-hour review to proceed. If plaintiff finds 4 hours is not sufficient, plaintiff can inform the Court. Plaintiff inquired of outstanding laundry logs. Defendant required to produce laundry logs by 10/27/23. Plaintiff requested that the logs be legible; defense counsel indicated it would ensure that documents are legible. Status hearing set for 11/21/23 at 9:15 a.m. Status report due 11/17/23 addressing whether laundry logs were produced, confirming that plaintiff had opportunity to review documents, and indicating whether plaintiff is planning to propound questions in lieu of depositions. Defendant will make every effort to give plaintiff notice of when the document review will occur.*

### I.    Status of Laundry Logs Production

284 pages of laundry related records, including laundry logs and policies in defendants' possession from March 2020-June 2020, were sent via certified mail to the plaintiff on 10.24.23, in compliance with this Court's order. Those documents were received by the plaintiff. In response, the plaintiff sent correspondence on or around November 8, 2023 to defense counsel advising that the documents sent were not responsive for the time period he sought (March-June 2020). The defense disagrees with plaintiffs characterization that responsive records were not produced. The defendant does not know how the plaintiff came into possession of those 2 pages from the 2023 "Inmate Personnel Laundry Logs (IPLL)" he produced to the defense last summer, but would like to know? The IPLL March-June 2020 records he still seeks have not yet been

located by the defendants, however, defendants continue to make diligent efforts to locate them. If additional records are located, the defense will immediately produce them.

## II. Discovery Document 4-Hour Review

On November 9, 2023, Director Steve Wolinsky met with Mayo for about 7-8 minutes. Body cam recorded the conversation and is available for the Courts review upon request.

In short summary, Director Wolinski approached Mayo and explained the terms of this court's order, which he had read. Director Wolinski then advised Mayo his Court ordered document inspection would occur on Tuesday afternoon, November 15, 2023, for four hours in a private room. Director Wolinski explained operational issues to Mr. Mayo and the need to arrange for an employee to attend. Director Wolinski advised Mayo of the importance of compliance with the Court and facilitating the review as ordered.

In response, Mayo stated he refused to do the inspection on the chosen date (11.15.23). He told Director Wolinski his meds were increased recently, and it was difficult for him to sit in a room for extended periods of time. He also stated he had a pending motion to appoint counsel before this Court and wanted to wait until the Court ruled on his motion before reviewing the documents. He stated he wanted to attend the next case management hearing before doing anything.

Respectfully Submitted,

/s/*Troy S. Radunsky*
Troy S. Radunsky
One of the Attorneys for Defendants

Troy S. Radunsky (ARDC# 6269281)
DeVore Radunsky LLC
230 W. Monroe, Suite 230
Chicago, IL 60606
tradunsky@devoreradunsky.com