UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL C. MAYO,

    Plaintiff,

    Case No. 1:21-CV-05014

V.

    Hon. M. DAVID WEISMAN

THOMAS J. DART,

**FILED**
NOV 07 2023 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Motion For Appointment Of Counsel

Plaintiff, MICHAEL C. MAYO request leave for appointment of counsel pursuant to Fed. R. Civ. Pro. 1915(e). States as follows:

1. Plaintiff filed two previous motions requesting for the court to appoint him an attorney. Plaintiff has contacted by phone and mail numerous attorneys to obtain counsel and he was unsuccessful.

(1)

2. Plaintiff is housed in Residential Treatment Unit, (RTU), which does not have a law Library to attend. Plaintiff is unable to do procedural civil research.

3. Plaintiff does not have access to legal books to do adequate research, which violates the Bounds Requirement Supreme Court Ruling.

4. RTU has a delivery service where an alledged paralegal whom comes once a week and gives only three (3) requested items a week.

5. Plaintiff is in the discovery process in this civil action and does not completely understand the process and what to request to adequately represent himself.

6. Plaintiff is housed in RTU due to a number of chronic serious medical conditions and consumes vital medication on a daily basis that causes him to be lethargic and drowsy. As a result plaintiff requires hours of sleep to maintain mental awareness. (Much more than the average person)

7. Once plaintiff receives legal documents from the court or defendants attorney he has to miss his medication to respond to the documents to remain competent without the side effects from his daily life saving medication.

WHEREFORE, Plaintiff respectfully request for this honorable court to grant this motion.

Date: Oct. 2nd, 2023

/s/ Michael C. Mayo
Michael C. Mayo
20181127027
2700 South California
Chicago, IL 60608

IN THE
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IL
EASTERN DIVISION

Michael C. Mayo

**Plaintiff**

v.

Thomas J. Dart

**Defendant**

Case No. 1:21-CV-05014

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of The U.S.
District Court
219 S. Dearborn Street
Chicago, IL 60604

TO: Troy S. Rodusky
230 W. Monroe
Suite 230
Chicago, IL 60606

TO: _____

TO: _____

PLEASE TAKE NOTICE that on Oct 2, 20 23, I have placed the documents listed below in the institutional mail at Cook County Correctional Center, properly addressed to the parties listed above for mailing though the United States Postal Service: Motion For Appointment of Counsel

Pursuant to 28 USC 1746, 18 USC 1621 or 735ilcs 5/1-109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Oct. 2, 2023

/s/ Michael C. Mayo
NAME Michael C. Mayo
IDOC# 20181127027




Michael C. Mayo
2018127027
2700 South California
Chicago, IL 66608



Office Of
Clerk Of The U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604