SM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MICHAEL C. MAYO,

NOV 07 2023 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff,

Case No. 1:21-CV-05014

V.

Hon. M. David Weisman

THOMAS J. DART,

Plaintiff's Response To Defendant Sheriff's 2nd
Supplemental Response To Plaintiff Michael C.
Mayo's First set Of Request For Production #7
And Plaintiff's Amended Supplemental Requests for
Production #7.

NOW COMES Plaintiff, MICHAEL C. MAYO
and states as follows:

Plaintiff apprecites defendants attempts to answer
Plaintiff Request for Production #7. Although
the uniform exchange and linen exchange were
playued with issues related to inventory during the months
of March-June 2020. Plaintiff never requested the
production of these documents. Plaintiff explained

(1)

in his deposition with defendants counsel, his
supplimental Request for Production, with attached
example and during several status meetings both
on the phone and by zoom, that his request was
for the laundry logs for personal items (Boxer/Brief,
tee shirts, socks, thermal tops and bottoms, wash/face
towels and shower towels) Defendants have only
submitted two weeks of personal laundry logs
for 3G RTU (9/2019 and 10/2019) and these logs were
before the on set of COVID-19 in Jan 2020.
Plaintiffs argument is that defendant Tom
Dart stopped personal laundry during March and April
2020 on 3G RTU, ~~resulting~~ and prohibited inmates
from washing there own cloths (Policy 903.2),
resulting in an unsanitary living environment
for the medically vulnerable such as plaintiff.
Defendants have attemped to present personal
laundry weight logs from March 2020, April 2020
(May 2020 is missing) and June 2020. These logs
only say RTU, not RTU 3G where plaintiff was
housed. Division 8 RTU consist of 21 teirs.
In March 2020 there were about 538 inmates in
RTU. In April 2020 there were about 523 inmates
in RTU. In June 2020 there were about 565 inmates
in RTU. The net weights of laundry defendants
represent in their Personal Laundry Weight Logs

range from 33 pounds to 150 pounds of personal laundry on any given week. These weights do not represent tier 3G RTU and surly do not represent an entire division of RTU with more than 500 inmates. Defendants have failed to show that personal laundry was being done twice a week on tier 3G RTU during March-June 2020 as required by Procedure 903.3(d)#4. Further, defendants claim to have included Daily Cleaning and Disinfection Policies, Enhanced Cleaning and Sanitation Logs for Mar-Apr 2020, these documents were not included in the documents sent to plaintiff. Also, the attached policy 903 has a copyright date of 02/01/2021, which is a year after COVID-19 started. Finally, plaintiff ask that all future Corespondence be labeled, "Legal Mail." Plaintiff's Amended Supplemental Request for Production #7.

7. Provide evidence that personal laundry (Boxer/Brief, tee shirts, socks, thermal tops and bottoms, wash/face towels and shower towels) were being cleaned twice a week in division 8 RTU tier 3G during the months of March-June 2020 in accordance with Procedure 903.3 of the Cook County DOC Procedures Manual. (any logs or records)

Michael C. Mayo

(3)      2018112702?

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MICHAEL C. MAYO,

        Plaintiff,

v.

THOMAS J. DART,

        Defendant

Case No. 1:21-cv-05014

Honorable M. David Weisman

### DEFENDANT SHERIFF'S 2ND SUPPLEMENTAL RESPONSE TO PLAINTIFF MICHAEL C. MAYO'S FIRST SET OF REQUESTS FOR PRODUCTION #7

NOW COMES Defendant, SHERIFF THOMAS J. DART (hereinafter "Defendant Sheriff"), and

for his 2nd Supplemental Response to Plaintiff's Rules 26 and 34 of the Federal Rules of Civil Procedure

Requests for Production #7, states as follows:

*Attached and included in this response See Bates 001148-001303, 001304-001394, and 001398-001437.*

### REQUESTS FOR PRODUCTION

7.      Provide evidence that laundry was done for Tier 3G during March 2020. (any logs or records)

**RESPONSE: See attached March 2020 Laundry Logbooks, Preventative Daily Cleaning & Disinfection Policies, Enhanced Cleaning & Sanitation Logs for March-April 2020, Bates Stamped 001148 – 001303. See also attached Policy 903, Bates Stamped 001398 – 001403, Central Laundry Exchange Inventory Reports from March-June 2020, Bates Stamped 001304 – 001394, Central Laundry Personal Logbooks from March-June 2020, Bates Stamped 001404 – 001434, and RTU-8 Inmate Laundry Logbook, Bates Stamped 001435 – 001437.**

Troy S. Radunsky (tradunsky@devoreradunsky.com)
Jason E. DeVore (jdevore@devoreradunsky.com)
DeVore Radunsky LLC
230 W. Monroe Ste 230
Chicago, IL 60606
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023, **Defendant Sheriff Dart's 2nd Supplemental Response to Plaintiff's Request to Produce # 7** was served via USPS mailing to all parties of record below.

/s/ *Troy S. Radunsky*
Troy S. Radunsky
One of the Attorneys for Defendants

**Michael Mayo**
**20181127027**
**Cook County Jail**
**2700 S. California**
**Chicago, IL 60608**

**Procedure**
**903**

## Cook County Department of Corrections
Cook County DOC Procedures Manual

# Laundry Exchange and Inventory

### 903.1 PURPOSE AND SCOPE

This procedure establishes guidelines for maintaining inventory as well as exchanging and laundering inmate uniforms, personal items and linens. This procedure does not apply to an inmate's personal clothes.

### 903.2 POLICY

The policy of the Cook County Department of Corrections is to provide all inmates with clean clothing and linens at regularly scheduled intervals.

The Department prohibits inmates from washing and drying clothing or linen within living units.

#### 903.2.1 DEFINITIONS

Definitions related to this procedure include:

**Central Laundry Unit officer** - A sworn member responsible for exchanging soiled laundry throughout the Department and supervising inmate workers who launder clothing and linen.

**Inmate personal items** - All clothing and linen items (e.g., undergarments, thermals, towels) that an inmate has purchased through commissary. .

**Issued clothing items** - All clothing items (e.g., uniforms, night gowns, jackets, provided by the Department of Corrections .

**Issued linen items** – All linen items (e.g., sheets, blankets, towels) provided by the Department of Corrections.

### 903.3 PROCEDURES

#### 903.3.1 ISSUED CLOTHING ITEMS AND LINENS

(a) All inmates are required to exchange soiled clothing items and linens for laundering.

(b) Living unit officers who observe clothing items and linens being dried (e.g., on a clothesline) by inmates should confiscate the items or clotheslines used.

    1. An Inmate Disciplinary Report shall be initiated if an inmate does not comply or any department-issued items have been damaged or destroyed in the process.

(c) Each Superintendent or the authorized designee is responsible for ensuring extra issued clothing items and linens are not stored in their division. Extra items shall be returned to the Central Laundry Unit.

    1. Only RTC and Cermak Health Services are allowed extra clothing and linen due to the transient populations.

(d) Central Laundry Unit officers should conduct clothing and linen exchanges in accordance with the following schedule as posted in each living unit:

    1. Issued clothing exchange twice weekly.

Copyright Lexipol, LLC 2021/02/01, All Rights Reserved.
Published with permission by Cook County Department of Corrections

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001398

# Cook County Department of Corrections
Cook County DOC Procedures Manual

*Laundry Exchange and Inventory*

    2.    Sheet exchange once weekly.

    3.    Blanket exchange once monthly.

    4.    Inmate personal laundry twice weekly.

## 903.3.2  CENTRAL LAUNDRY UNIT

The Central Laundry Unit officer assigned to the laundry exchange shall be responsible for the supervision of inmate workers. At no time are inmate workers allowed to have physical contact or communication with inmates on living units during the exchange procedure. Upon reporting for duty, they shall:

(a)    Retrieve inmate workers from the respective division.

(b)    Conduct a pat-down search and body scan of each inmate worker before exiting and upon returning to their respective division.

(c)    Escort inmate workers to the laundry area and search the worker with a magnetometer or handheld wand upon arrival. Distribute personal protective equipment (PPE) (e.g., gloves, aprons). Members and inmate workers shall wear PPE when handling soiled laundry.

(d)    Prepare clean laundry for distribution and proceed to the area of the scheduled exchange.

(e)    Upon entering any division for an exchange, an inmate worker shall be subject to a pat-down search, a body scan (if available) or both.

(f)    Exchange issued clothing and linens on a one-for-one basis. Inmate privacy when changing should be allowed when practicable. The living unit officer shall provide back-up during the exchange.

(g)    Record the number of items exchanged in the Daily Exchange Log.

(h)    Return the soiled laundry to the Central Laundry Unit.

(i)    Weigh the gurneys containing the soiled laundry. Record the weight in the Issued Laundry Weight Log.

(j)    Sort laundry according to type (e.g., shirts, pants, sheets, blankets) and document it in the Daily Exchange Log. Send any damaged items to the seamstress to determine if repairs are needed.

(k)    Ensure inmates do not handle laundry chemicals except when changing barrels or accepting deliveries.

(l)    Ensure that inmate workers adhere to all safety guidelines and rules and regulations as described in the Inmate Handbook.

(m)    Conduct a pat-down search of each inmate prior to returning to the respective division/unit.

Copyright Lexipol, LLC 2021/02/01, All Rights Reserved.
Published with permission by Cook County Department of
Corrections

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001399

# Cook County Department of Corrections
Cook County DOC Procedures Manual

*Laundry Exchange and Inventory*

## 903.3.3 EXCHANGE EXCEPTIONS

The Central Laundry Unit officer shall conduct the clothing and linen exchange by directly issuing clean laundry to inmates in male divisions only, with the following exceptions:

(a) Cermak - Central Laundry Unit officers shall conduct clothing exchanges in Cermak Health Services of Cook County. Cermak custodians shall exchange linens and store them in the area designated for soiled laundry, keeping infectious items separate. The Central Laundry Unit officer shall collect the soiled linen from the designated area and exchange one-for-one with clean linen.

  1. Infectious clothing and/or linen shall be placed into a biohazard bag and sealed.

  2. Any infectious or contaminated clothing and/or linen collected shall be laundered according to this procedure. Items should not be destroyed or discarded.

(b) Female divisions - The respective Watch Commander shall assign a sworn member to conduct the clothing and linen exchange in a female division. In the event of equipment failure. The Central Laundry Unit shall assist with the laundering of soiled laundry.

## 903.3.4 SEAMSTRESS RESPONSIBILITIES

Damaged items shall be taken to the seamstress who shall:

(a) Repair the item if possible;

(b) Remove the item from inventory if it is no longer serviceable; and

(c) Email a weekly report of the number of items received, the number of items repaired and the number of items discarded to the Superintendent of Support Services or the authorized designee.

## 903.3.5 RECEIVING, TRUST AND CLASSIFICATION (RTC)

An RTC officer shall exchange soiled clothing one or more times daily in RTC as follows:

(a) Conduct a count of soiled items;

(b) Complete the Laundry Uniform/Linen Inventory Report; and

(c) Replenish the supply with clean inmate clothing and linen for bedrolls.

## 903.3.6 DISCHARGE AND TRANSFER TO THE ILLINOIS DEPARTMENT OF CORRECTIONS PROCEDURE (IDOC)

(a) An assigned sworn member from each division shall collect the soiled linen of a discharged inmates or inmates transferred to IDOC.

(b) The assigned sworn member shall ensure that inmate discharges and transfers to IDOC are in possession of all issued items, including clothing and linen. The assigned sworn member shall collect the issued linens before inmates are escorted to RTC for release. The Watch Commander shall be notified of any discrepancies.

(c) The assigned sworn member shall store linens collected from inmate discharges and transfers to IDOC in a gurney designated for soiled laundry.

(d) Each division shall take the soiled linen to the Central Laundry Unit daily or more frequently if needed.

Copyright Lexipol, LLC 2021/02/01, All Rights Reserved.
Published with permission by Cook County Department of
Corrections

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001400

# Cook County Department of Corrections
Cook County DOC Procedures Manual

*Laundry Exchange and Inventory*

(e) The sworn member assigned to deliver soiled laundry shall conduct a count of the items taken to the Central Laundry Unit, weigh them and complete the Laundry Uniform/Linen Inventory Report.

(f) A Central Laundry Unit officer shall verify the count of soiled items upon the arrival of the sworn member from each division.

(g) If there is a discrepancy in the laundry count, the Support Services Watch Commander shall advise the respective Superintendent or the authorized designee and the Superintendent of Support Services.

## 903.3.7 INMATE PERSONAL LAUNDRY
An assigned sworn member in each division/unit shall:

(a) Distribute serial-numbered laundry loops to inmates for personal items.

(b) Directly observe inmates placing items onto the loops and provide instructions if needed.

    1. Damaged loops are replaced by the Central Laundry Unit on a one-to-one basis.

(c) Collect inmate personal laundry and complete the Inmate Personal Laundry Log, which is retained on the respective living unit.

(d) Place the soiled laundry in the gurney and take it to the appropriate location for washing:

    1. Male inmate divisions shall deliver soiled personal laundry to the Laundry Unit and pick it up once complete; and

    2. Female inmate divisions shall deliver soiled personal laundry to the designated location.

(e) Weigh the gurneys containing the soiled laundry and record the weight in the Personal Laundry Weight Log.

(f) Upon completion, distribute clean personal items to inmates according to the entries made in the Inmate Personal Laundry Log.

## 903.4 INVENTORY ISSUANCE DOCUMENTATION
The Central Laundry Unit sworn supervisor shall be responsible for the general operation and inventory of all Central Laundry Unit locations, except for the female divsion, which is the responsibility of that division's Superintendent or the authorized designee. The Central Laundry Unit supervisor shall:

(a) Conduct a weekly inventory to determine present needs for clothing items and linens, and an estimated inmate population;

(b) Maintain a weekly spreadsheet that tracks inventory of inmate clothing and linens and inventory transactions by weight;

(c) Ensure that the Central Laundry Unit maintains an adequate inventory of supplies (i.e., clothing, linen and chemicals);

Copyright Lexipol, LLC 2021/02/01, All Rights Reserved.
Published with permission by Cook County Department of Corrections

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001401

# Cook County Department of Corrections
## Cook County DOC Procedures Manual

*Laundry Exchange and Inventory*

(d) Report the volume of items washed weekly to the Superintendent of Support Services or the authorized designee using the Laundry Weekly Inventory Report; and

(e) Provide the Assistant Executive Director (AED) of Support Services a weekly report of any division not participating in the inmate personal laundry procedure. The AED of Support Services shall review weekly reports and notify the respective Superintendent of any division that is not in compliance or fails to meet requirements of inmate personal laundry.

## 903.5 LAUNDRY EQUIPMENT

(a) The Central Laundry Unit supervisor or the authorized designee shall inspect the laundry equipment prior to use for malfunction or damage.

(b) In the event of a malfunction of the laundry equipment, the supervisor shall:

  1. Notify the Support Services Superintendent or the authorized designee.

  2. Notify the Business Manager, via email, when maintenance or repair services are necessary.

(c) In event of a malfunction of the laundry equipment in female divisions, the immediate on-duty supervisor shall:

  1. Make arrangements with the closest male division/unit to wash inmate personal laundry.

  2. Assign a sworn member to:

    (a) Escort inmate workers to the alternate location and launder inmate personal laundry.

    (b) Return to the division/unit, upon completion, and return the personal laundry to the respective inmate.

## 903.6 LAUNDRY SANITATION

(a) Central Laundry Unit sworn members shall:

  1. Ensure that clean clothes and linens never come into contact with soiled laundry by using separate gurneys for each;

  2. Ensure that clean clothes and linens are kept in a designated area isolated from the soiled laundry;

  3. Clean, sanitize and disinfect all surfaces that come in contact with soiled laundry, including laundry gurneys, with disinfecting wipes or rags with a disinfecting chemical between each use.

(b) When infectious items are collected, Central Laundry Unit sworn members shall:

  1. Instruct inmate workers to wear PPE prior to handling any laundry suspected of being infectious;

  2. Ensure affected clothing items and linens do not come into contact with non-affected clothing and linen;

Copyright Lexipol, LLC 2021/02/01, All Rights Reserved.
Published with permission by Cook County Department of
Corrections

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001402

# Cook County Department of Corrections
Cook County DOC Procedures Manual

*Laundry Exchange and Inventory*

3. Empty the biohazard bag containing affected items directly into the washing machine;

4. Place the biohazard bag and any used PPE into another biohazard bag for disposal;

5. Wash the affected items using the hot water setting;

6. Sanitize exposed body parts following the handling of infectious items; and

7. Dry the items on the high heat setting.

## 903.7 TRAINING

(a) The Central Laundry Unit Watch Commander or the authorized designee shall train sworn members assigned to the Central Laundry Unit on procedures and sanitation during orientation. Sworn member training shall be documented and filed in the Superintendent of Support Services's office.

(b) The Central Laundry Unit officers shall train inmate workers regarding procedures and sanitation practices. This shall consist of classroom and hands-on instruction of the responsibilities, acceptable laundry sanitation practices, the use of laundry equipment and PPE. Central Laundry Unit inmate worker training shall be documented and filed in the Superintendent of Support Services's office.

Copyright Lexipol, LLC 2021/02/01, All Rights Reserved.
Published with permission by Cook County Department of Corrections

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001403



MARch 2020

Personel
LOGBOOK
CENTRAL Laundry

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001404

PERSONAL LAUNDRY WEIGHT LOGBOOK



| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR | | | | | | |
|------|------|----------|--------------|-------------|------------|------------------|-----------------------------------|---|---|---|---|---|---|
| 1950 | 2/3/20 | Bootham | 44 | — | 44 | D/O | 16152 | | | | | | |
| 1950 | 3/6/20 | Bootham | 37 Was 1x Dress | | Dress | D/O | 16152 | | | | | | |
| 1952 | 3/3/20 | Bootham | 45 2x Press | | 45 | D/O | 16162 | | | | | | |
| 2005 | 3/9/20 | ATU | 224 | 148 | 88 | D/O | 1876 | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001405

3 - 3 - 20

## PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|-------------|------------|------------------|-------------------------------------|
| 715 | 3/3 | B camp | 42 | — | 42 | 3/4 U | FIGUEROA #15978 |
| | | | | | | | |
| 1839 | 3/3 | RTU | 212 | 129 | 83 | P/0 | Mendez 18096 |
| 2022 | 3.3 | DU110 | 408 | 180 mus 146 | 262 | D0 | ~16120 |
| 2045 | 3.3 | RTU | 189 | 129 | 58 | D0 | Mendez 18096 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001406

PERSONAL LAUNDRY WEIGHT LOGBOOK

3-4-20

WEDNESDAY 6-2 SHIFT

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|------------|------------|------------------|-------------------------------------|
| 1251 | 3/4/20 | Eleven | 49 | — | 49 | N/DO | Hill |
| | | | | | | | |
| 1853 | 3.4.20 | LT4 | 184 | 129 | 55 | PU | Brown #48069 |
| 19~ | 3.4.20 | D1 V10 | 377 | 146 | 231 | PU | Esquilm 16596 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001407

PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|-------------|------------|-------------------|--------------------------------------|
| 1545 | 09 mar 20 | 10 | 259 | 146 | 113 | P/U | Tom H7216 |
| 2025 | 09 mar 20 | P4U | 176 | 129 | 47 | D/O | 18096 |
| 2049 | 09 mar 20 | Boot Camp | 35 | (1-Day) | 35 | D/O | Opmillig 16385 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001409

PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|------------|------------|------------------|-------------------------------------|
| 2240 | 3/5/20 | RTU | 162 | 129 | 33 | drop pick up | Brown #14804 |
| 1100 | 3/5/20 | Thursday Eleven | 176 | 108 | 118 | MARCH 05, 2020 P/U Hill | |
| | | | | | | end of your Everyth shift | |
| 1030 | 3/5/20 | R | 286 | 141 | 121 | d/o | Tan #9002C |
| 1857 | 3/5/20 | RTU | 167 | 129 | 38 | d/o | Brown #14804 |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001408

3-12-20

PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|---|---|---|---|---|---|---|---|
| 0912 | 3-12 | RTU Cluster | 173 | 129 | 44 | P/U | Brown #14704 |
| | | L193 | | 6-2 SHIFT | | | 3-12-20 |
| 0145 | 3-12-20 | DORm L22m | 181 | 126 | 55 | P/U | |
| 1053 | 3/12/20 | Eleven BB | 225 | 136 | 95 | P/U | Hill |
| 1113 | 3/12/20 | DORm3 | 30 | — | 30 | D/O | Clark |
| 1823 | 3-11-20 | booking | 93 / 252 | — / 1b295 | 93 / -11 | D0 | Fernandez |
| 1753 | 3-12-20 | Divi10 | 176 | 146 | -11 | 0 | Fernandez Legible |
| 1853 | 3-12-20 | Cermak | 175 | 145 | 30 | 25 | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001411

3 - 11 - 20

6 - 2

PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|---|---|---|---|---|---|---|---|
| 1156 | 3/11/20 | Eleven | 232 | 130 | 102 | D/O | Brown 14804 |
| 1521 | 3/11 | R-4 | 173 | 129 | 44 | P/U | Legwller 16576 |
| 1890 | 3/11/20 | | 339 | 146 | 193 | P/U | Legwller 16576 |
| 2008 | 3-11-20 | R-4 | 173 | 129 | 44 | D/O | Brown #14804 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001410



April 2020

Personal Logbook

Central Laundry

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001412



PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|------------|------------|------------------|-------------------------------------|
| | | | | | | | |
| 1537 | 4/13/20 | D18 | 194 | 107 | | | |
| 1719 | 4/13/20 | D11 | 173 | 128 | | | |
| | 4/13/20 | Boot Camp | 44 | | | | |
| 2034 | 4/13/20 | 274 | 192 | 173 | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001413

PERSONAL LAUNDRY WEIGHT LOGBOOK



| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|-------------|-------------|-----------|------------------|-------------------------------------|
| 0715 | 4/16 | B.Camp | 214 | 180 | 34 | D/o | Lov/o |
| 1107 | 4/16 | Rru | 209 | 122 | 31 | P/u | |
| 1140 | 4/16 | 11 | 179 | 139 | 50 | D/o | Perry |
| 1150 | 4/16 | 10 | 219 | 107.5 | 111.5 | P/u | R.O. |
| 1183 | 4/16 | 11 | 138 | 129 | 9 lb | D/o | Couch |
| | | | | 3.10 5/16/14 | 3.10 5/16/14 | | Hall |
| 1605 | 4/16 | DIV 8 AFUSC | 34 | — | 34 | D/o | Munstin #5466 |
| 4835 | 4-16-20 | Div 11 | 294 | 129 | 165 | P.u | [signature] #5433 |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001415

PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|------------|------------|------------------|-------------------------------------|
| 0651 | 4-15-20 | RTU | 268 | 213 | 215 | | |
| 0853 | 4-15-20 | | | | | | |
| 0205 | 4-15-20 | Count | 288 | 230 | | | |
| 1006 | 4-15-20 | | | 132 | 132 | | |
| 1250 | 4-15-20 | | | 8-01 | | | |
| 1406 | 4-15-20 | | | | 79 | | |
| 14-6 | 4-15-8 | RTU | | 1235 | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001414

PERSONAL LAUNDRY WEIGHT LOGBOOK    4-19-2020

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|---|---|---|---|---|---|---|---|
| 0630 | 4/9/20 | R4X1 | 186 | 8 | 186 | | OFC. RUTKOWSKI |
| 1230 | 4/15/20 | DN X1 | 560 | 126 | 434 | D/O | DN X1 TRANS. |
| 1310 | 4/19 | 6?4 | 201 | 129 | 72 | D/O | Mendez |
| | | | 1400 | 1 | 2200 | — 4.19.20 | |
| | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001417

April 17, 2020

## PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|---|---|---|---|---|---|---|---|
| 1235 | 4-17-20 | RTU | 34 | — | 34 | PU | GAMDD 13215 |
| 2008 | 4.17.20 | bootcamp | 190 | 129.5 | 60.5 | PU | ▓▓ GT45 EXT. #16395 |
| 2013 | 4.17.20 | bootcamp | 209 | 129.5 | 79.5 | DO | ▓▓ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001416

## PERSONAL LAUNDRY WEIGHT LOGBOOK

27APR20

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|---|---|---|---|---|---|---|---|
| | | | 0600 | | 1200 | P/U | |
| 1108 | 4-27 | 11 | 219 | 135 | 84 | P/U | HILL |
| 1130 | 4-27 | 11 | 203 | 135.5 | 67.5 | D/O | HILL |
| | | | | 1900-220 | | | |
| 1526 | 27 APR20 | Boot Camp | 39 | 1-D? | 34 | D/O | Thrider |
| 2012 | 27 APR20 | 274 | C-177/1-58 | 2-85/130 | 25 | D/O | Mu 18096 |
| 2113 | 27 APR20 | Conrad | 9? | 44 | 36 | D/O | |
| | | | | | | | |
| | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001419

PERSONAL LAUNDRY WEIGHT LOGBOOK

4-20-2020

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|------------|------------|------------------|-------------------------------------|
| 0720 | 4/20 | Bldg | 0600 | — | 1400 | P/u | Currie |
| 1008 | 4/20 | 3D/u | 196 | 129 | 67 | P/u | Dayle |
| 1204 | 4/20 | 1 (11 bags) | 247 | 125 | 122 | D/O | Hill |
|      |      |          |              | 1400 — | 2290 |                  |                                     |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001418

4 – 28 – 20

## PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP- OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|-------------|------------|-------------------|-------------------------------------|
| | | | 0600 | 1900–1440 | | | |
| 1709 | 28 Apr 20 | 10 | 190 | 107.5 | 82.5 | 1900–2200 D/O (2-mop) | Pdwofll # 1543 |
| 1905 | 28 APR 20 | RTU | 160 | 150 | 30 | D/O | Mendez 18096 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001420

# PERSONAL LAUNDRY WEIGHT LOGBOOK

4-29-20

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|-------------|------------|------------------|-------------------------------------|
| 1709 | 25 Apr 20 | 10 | 197 | 1025 1400 | 87.5 2250 | P/U | #1706 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001421

LOGBOOK MUST BE COMPLETE AND LEGIBLE

PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF / PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|-------------|------------|--------------------|-------------------------------------|
| 2235 | 5/4/20 | RTU | 207 | 146 | 63 | DROP OFF | Campos C. #7764 |
|      |      |          | 0800 | — | 1400 | — |  |
|      |      |          |      | 1400 - 2200 | 1400 - 2200 |  |  |
|      |      |          |      |             |            |  |  |
|      |      |          |      |             |            |  |  |
|      |      |          |      |             |            |  |  |
|      |      |          |      |             |            |  |  |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001423



CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001422

S - S - 20

PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|------------|------------|------------------|-------------------------------------|
| | | | 0600 | — | 400 | | |
| 0830 | 5-5 | Bootcamp | 14 | 1 | 14 | D/O | CURRIE |
| 1219 | 5-5 | Bootcamp | 13 | 1 | 13 | P/O | CURRIE |
| 1245 | 5-5 | 11 | 371 | 135 | 236 | D/O | HILL |
| | | | C-40 | 1400-2200 | | | |
| 1636 | 05 may 20 | P-74 | 205 | 122 | 83 | P/u | Moon 16796 |
| 1903 | 06 may | 10 | — | 107.5 | | D/O | Turner 17026 |
| 2017 | 05 may 20 | 274 | C-40 175 | 122 | 53 | P/O | Moon 16796 |
| | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001424

5-6-22

## PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|-------------|------------|------------------|-------------------------------------|
| | | | 0600 | — | 600 | P/U | Hill |
| 1190 | 5-6-20 | Eleven 31 0 | 1085 | 1085 | 373 | P/U | |
| 1600 | 5-6-20 | D10100 | 216 | 107.5 | 108.5 | 34 | Pasianzac # 14383 |
| 2043 | 5-6-20 | D105/11R | 6 | 8 | 6 | 80 | |
| 2047 | 5-6-20 | RTU | 175 | 146 | 29 | 34 | Moor 1C1/6 |
| | | | | | | | |
| | | | | | | | |

**LOGBOOK MUST BE COMPLETE AND LEGIBLE**

5-13-20

PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|------------|------------|------------------|-------------------------------------|
| 1205 | 5-13-20 | 2 DORM 4 | 13 | — | 13 | D/O | BACHULSKI |
| 1245 | 5-13-20 | 11 | 311 | 126.5 | 184.5 | D/O | HILL |
| | | | | 1400-2200 | | | |
| 1533 | 13 May 20 | 10 | 222 | 107.5 | 114.5 | P/U | #12026 |
| 1659 | 13 may 20 | L-262 Cont | 161 | 138 | 23 | P/U | |
| 1824 | 13 may 20 | L-154 RTU | L-124 156 | 126.5 | 29.5 | P/U | 8096 |
| 1827 | 13 may 20 | 5 | L-124 212 | 145 | 68 | D/O | |
| 2027 | 13 may 20 | RTU | L-154 141 | 130 | 11 | D/O | 19691 |
| | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001427

5-12-23

## PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|---|---|---|---|---|---|---|---|
| 1006 | 5/12 | DRMA | 29 | — | 29 | P/U | GARCIA |
| 1729 | 5/12 | DIV.10 | 294 | 107.5 | 186.5 | D/O | Torres |
| 2075 | 5-12 | R+u | 158 | 1965 | 31.5 | DO | (ASTERAL #19509) |
| 2050 | 5-12 | Cermak | 25 | 0 | 25. | D/O | Any Phillis |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001426

5-14-20

PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|------------|------------|------------------|-------------------------------------|
| 1304 | 5-14-20 | DORM A | 12 | — | 12 | P/O | BACHUSKI |
| 1457 | 5-14-20 | Div 5 | 205 | 154 | 51 | PU | Avila / # 4517 |
| 1713 | 5-14-20 | Div 10 | 8 w mop 198 | 8×52g₃ 1075 | 90.5 | D0 | Lennon / 1us76 |
| 1729 | 5-14-20 | D 10 | 264 | 146 | 118 | D0 | Buchanan Stud |
| 1845 | 5-14-20 | Just dry | 30 | 6 | 3u | PU | C. Forza / 15400 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001428

5 - 1? - 2?

## PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|---|---|---|---|---|---|---|---|
| 1046 | 5-19 | RTU | 167 | 146 | 21 | P/O | CARVAJAL |
| 1109 | 5-19 | DORMS 1+2 | 129 | 50.5 | 78.5 | P/U | GARCIA |
| 1204 | 5-19 | 11 | 279 | 126.5 | 152.5 | D/O | HILL |
| 1228 | 5-19 | BOOTCAMP | 16 | - | 16 | P/U | CURRIE |
| | | | 2-10 | 19 May 19 | | | |
| 1930 | 5-19 | 10 | -310 | 167.5 | 300.5 | D/O | Torres |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**LOGBOOK MUST BE COMPLETE AND LEGIBLE**

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001429

05-18-2020   PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|-------------|------------|------------------|-------------------------------------|
| 1324 | 5-18-20 | DRMS 2+3 | 134 | 50.5 | 83.5 | D/O | GARCIA |
| | | | | 1400 - 2200 | | | |
| 1657 | 18 may 20 | Boot Camp | 18 | 2-Bag 0-mop | 18 | D/O | 10305 |
| 2036 | 18 may 20 | R-TU | 170 | 122 | 48 | D/O | 18096 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001430

PERSONAL LAUNDRY WEIGHT LOGBOOK

5-20-20

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|------|------|----------|--------------|-------------|------------|------------------|--------------------------------------|
| 1202 | 5-20 | 11 | 290 | 129.5 | 160.5 | D/O | Hill |
| 1308 | 5-2 | DIV-2 DORM 4 | 27 | — | 27 | D/O | Bachulski |
| | | | 20 May 80 2-10 | | | | |
| 1612 | 5/20 | 10 | 251 | 1075 | 1075 | Plu | Torres |
| 1650 | 5/20 | G | — | — | — | Plu | Frangiamore |
| 1810 | 5/20 | Btu | 349 | 146 | 103 | D/O | Buchanan |
| 2017 | 5/20 | Cermak 05 | 25 | — | 25 | D/O | Roysiotis |
| | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001431

June 2020

Personal Log Book

Central Laundry

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001432

PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|---|---|---|---|---|---|---|---|
| | | | 0400 | — | 1400 | 0400 | 6/22/20 |
| 1222 | 6/22 | 11 | 252 | 125.5 | 126.5 | P/U | HILL |
| 1222 | 6/22 | 11 | 305 | 125.5 | 179.5 | D/O | HILL |
| | | | 8-10 | 88 | DUNDO | | |
| 1980 | 6/22 | ATU | 187 | 146.5 | 305 | D/O | Nejiadoyle |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001433

6-23-20

PERSONAL LAUNDRY WEIGHT LOGBOOK

| TIME | DATE | DIVISION | GROSS WEIGHT | CART WEIGHT | NET WEIGHT | DROP-OFF PICK-UP | DIVISIONAL OFFICER SIGNATURE W/STAR |
|---|---|---|---|---|---|---|---|
| 1254 | 6/23 | 11 | 316 | 150 | 166 | P/U | Hill |
| 1254 | 6/23 | 11 | 243 | 150 | 93 | D/O | Hill |
| | | | 348 | 48 × hr 2 245 | 235 | | |
| 1537 | 6.23.20 | 6/01.5 | | | 7235 | D/O | Jacobson |
| 2021 | 623 | A14 | 217 | 146.0 | 71.0 | D/O | Devon Doyle |
| 2111 | 6.23.20 | Cymox | 71 | 0 | 21 | d0 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LOGBOOK MUST BE COMPLETE AND LEGIBLE

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001434

RTU-8

Inmate Personal
LogBook

9/
2019     10/
1/2019

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001...

**COOK COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE PERSONAL LAUNDRY LOG**

| DIVISION | TIER |
|---|---|
| 08-RTU | 3 G |

| # | Inmate Name | Inmate ID# | LOOP# | CELL# | BOXER/BRIEF | T-SHIRTS | SOCKS | TH-T | TH-B | S-TOWEL | C-TOWEL | S-FACE | C-FACE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Smith, R | 16-1124151 | 327 | | | | | | | | | | | | CYZ |
| 2 | Thigpen | 19-0800891 | 0436 | | | | | 1 | 1 | 1 | | | | | CYZ |
| 3 | Cortledge | 19-0122065 | 17 | | | | | | | 1 | 1 | | | | CYZ |
| 4 | Mayo | 15-1127027 | 900 | | | | | | | | | | | | CYZ |
| 5 | Murray | 19-0110508z | pg-1 | | | 2 | | | 1 | | | | | | CYZ |
| 6 | Dickerson | 19-0110201 | 708 | | | | | | 1 | 1 | | | | | CYZ |
| 7 | Green, J | 16-0623518 | 312 | | 8 | | | 1 | 1 | 1 | | | | | CYZ |
| 8 | Jones, K | 18-1121016 | 2010 | | 1 | | | | | | | | 1 | | CYZ |
| 9 | Robinson | 15-0221596 | 011 | | 2 | | 1 | | 1 | | | | | | CYZ |
| 10 | Ferguson | 19-0400636 | 0514 | | 3 | 2 | | | 1 | 1 | 1 | | | | CYZ |
| 11 | Owens | 18-0326511 | 424 | | 1 | | | 2 | | | | 1 | | | CYZ |
| 12 | Owens | 19-0522414 | 908 | | 5 | 3 | 3 | | | | | | | | CYZ |
| 13 | Adkins | 14-0911728 | 727 | | 3 | 1 | 1 | | | 1 | | | | | CYZ |
| 14 | Mclpine | 14-0912248 | 809 | | 3 | 3 | 2 | | | 1 | 1 | | | | CYZ |
| 15 | Lett | 19-0528075 | 735 | | | | | | 1 | | | | | | CYZ |
| 16 | Fisher | 19-01001 8 | 505 | | | | | 1 | 1 | 1 | | | | | CYZ |
| 17 | Williams, L | 18/01330 | 31 | | 2 | 1 | | 1 | | 1 | | | | | CC |
| 18 | Hughes | 13-106830 | 1919 | | | 2 | | 1 | | | 1 | | | | CYZ |
| 19 | Hughes | 15-1060650 | 609 | | | 4 | 2 | 1 | 2 | | 5 | | | | CYZ |
| 20 | Hughes | 15-1100650 | 88 | | 3 | | 2 | | | | 1 | | | | CYZ |
| 21 | Harris | 19-0123017 | Net Bag | | | | | | | | | | | | CYZ |
| 22 | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | |

LOGGING OFFICER: Mendez

STAR: 18096   SIGNATURE: [signature]   9-05-19

2219 X13

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001436

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 001437

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## INMATE PERSONAL LAUNDRY LOG

| DIVISION | TIER |
|---|---|
| 08-RTU | 3G |

| # | Inmate Name | Inmate ID# | LOOP# | CELL# | BOXER/BRIEF | T-SHIRTS | SOCKS | TH-I | TH-B | S-TOWEL | C-TOWEL | S-FACE | C-FACE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Coshiagos | 18-0920065 | 173 | | | 1 | | 1 | | | | | | | |
| 2 | Duran | 19-051819 | 250 | | | | | 1 | | | | | | | |
| 3 | Mooney | 18-0805082 | 639 | | | 4 | | 1 | | | | | | | |
| 4 | Meyer | 18-0715107 | 303 | | | 2 | 1 | 1 | | | | | | | |
| 5 | Strayer | 18-1172627 | 2039 | | 1 | 2 | 2 | 2 | | | | | | | |
| 6 | Robles | 18-1127636 | 2009 | | | 2 | | | | | | | | | |
| 7 | Matkinac | 14-0914248 | 35R | | 1 | 2 | 4 | | | | 2 | | | | |
| 8 | McKinze | 14-0912248 | 777 | | | 8 | | 1 | | | 2 | 2 | 1 | | |
| 9 | Spericks | 19-0906137 | 2608 | 3 | 8 | | 1 | | | | | 8 | 8 | | |
| 10 | Norwood | 18-1014141 | | | 4 | 1 | 1 | | | | | | | | |
| 11 | Morris / Ricky | 19-0123017 | 117 | 3 | 6 | | 1 | | | | | | | | |
| 12 | Pace | 18-0420602 | 049 | | 3 | 2 | | | | | | | | | |
| 13 | Post | 19-0426092 | 049 | | 3 | 5 | | | 2 | | | | | | |
| 14 | Green | 16-0623219 | 141 | | | | | | | | 1 | | 1 | | |
| 15 | Macias | 16-1210059 | 525 | | 2 | 6 | | | | | 1 | | 1 | | |
| 16 | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | |

LOGGING OFFICER: Mendez

STAR: 18096

SIGNATURE: 10-24-19

DeVore Redemco
230 W Monroe, Ste 250
Chicago, IL 60606

Retail

PM
CHICAGO, IL 6060
OCT 24, 2023

RDC 03

R2305K138900-14

9589 0710 5270 1431 6907 82

CERTIFIED MAIL

9589 0710 5270 1431 6907 82

Michael Muyo
20181127027
Cook County Jail
2700 S. California
Chicago, IL 60608

083F

Oct 27, 2023

Documents

PRIORITY
★ MAIL ★

TRACKED
★ ★ ★
INSURED
★

UNITED STATES
POSTAL SERVICE.

For Domestic and International Use    Label 107R, May 2014

IN THE

## U.S. DISTRICT COURT

## NORTHERN DISTRICT OF IL
### EASTERN DIVISION

Michael C. Mayo )

**Plaintiff**

)

v. ) Case No. 1:21-CV-05014

Thomas J. Dart )

**Defendant**

### PROOF/CERTIFICATE OF SERVICE

TO: Clerk of The U.S.     TO: Troy S. Rodusky
District Court            230 W. Monroe
219 S. Dearborn Street    Suite 230
Chicago, IL 60604         Chicago, IL 60606

TO:_____        TO:_____

PLEASE TAKE NOTICE that on __Oct. 2__, 20 23, I have placed the documents listed below in the institutional mail at __Cook County__ Correctional Center, properly addressed to the parties listed above for mailing though the United States Postal Service: __Plaintiff's Response To Defendant-Sheriff's__ 2nd Supplemental Response To Plaintiff Michael C. Mayo's 1st set of Request for Production #7

Pursuant to 28 USC 1746, 18 USC 1621 or 735ilcs 5/1-109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Oct. 2, 2023

/s/ Michael C. Mayo

NAME Michael C. Mayo

IDOC# 20181127027



US POSTAGE

FIRST-CLASS MAIL
IMI
$003.75 ₀
11/02/2023 ZIP 60608
043M31244814
quadient

11/07/2023-11

Michael C. Mayo
2018112 7027
2700 South California
Chicago, IL 66608

Office Of

Clerk Of The U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604