**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL MAYO, | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-05014 |
| | ) | |
| v. | ) | Hon. John J. Tharp, Jr. |
| | ) | |
| TOM DART, | ) | |
| Defendant. | ) | |

**DEFENSE STATUS REPORT**

Pursuant to Docket #59, the defense submits the following status report to the Court advising of the issues below.

**I.  Settlement Status**

Plaintiff has made a settlement demand in his other case, 21 cv 4653. Defense counsel in this case, 5014, also represents the defendants in 4653. Plaintiff has not made a settlement demand in 5014. However, the defense has contacted Plaintiff's counsel to discuss the possibility of settlement in both matters. David Zott, lead counsel for the plaintiff in 4653 advised that he would represent the plaintiff in 5014 for purposes of settlement. Mr. Zott further indicated he planned to forward a revised demand and would take the lead in arranging a settlement conference in the next 45 days. As of this writing, the defendants are unsure who will preside over the settlement conference or when it will proceed, but hope to have clarification in the next 14-21 days.
.

Respectfully Submitted,

/s/*Troy S. Radunsky*
Troy S. Radunsky
One of the Attorneys for Defendants

Troy S. Radunsky (ARDC# 6269281)
DeVore Radunsky LLC
230 W. Monroe, Suite 230
Chicago, IL 60606
tradunsky@devoreradunsky.com