# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Mayo
                             Plaintiff,

v.                                            Case No.: 1:21−cv−05014
                                                   Honorable John J. Tharp Jr.

Tom Dart, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 16, 2024:

        MINUTE entry before the Honorable M. David Weisman: In accordance with the request in their joint status report, the Court strikes the 1/17/24 status hearing and sets a status hearing for 2/8/24 at 9:15 a.m. to enable the parties to consult with Judge Tharp about the potential of a joint settlement conference for this case and another of plaintiff's cases that is also pending before Judge Tharp. The parties are to file a joint status report by 2/6/24 on the status of settlement. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.