## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Mayo
                          Plaintiff,

v.                                                         Case No.: 1:21−cv−05014
                                                         Honorable John J. Tharp Jr.

Tom Dart, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 17, 2024:

       MINUTE entry before the Honorable John J. Tharp, Jr: The Court is advised that the parties in 21 CV 4653 and 21 CV 5014 seek to arrange a joint settlement conference as to both cases. The assigned Magistrate Judge in both cases is Magistrate Judge Weisman; discovery supervision and settlement conferences have previously been referred to Judge Weisman in 21 CV 5014 and by this Order shall also be referred to Judge Weisman in 21 CV 4653. The Court is furthered advised that counsel for Plaintiff in 21 CV 4653 will represent Plaintiff in 21 CV 5014 for settlement purposes only. Counsel for the parties are directed to contact Magistrate Judge Weisman concerning scheduling of the joint settlement conference. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.