UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MAYO, | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-05014 |
| | ) | |
| v. | ) | Hon. John J. Tharp, Jr. |
| | ) | |
| TOM DART, | ) | |
| Defendant. | ) | |

**DEFENSE STATUS REPORT**

Pursuant to ECF No. 66, the Defense submits the following status report to the Court advising of the issues below.

**I.  Settlement Status**

Plaintiff's Counsel in his other case, 21 cv 4653, has taken over representation of Plaintiff in this matter for the purposes of facilitation of settlement efforts. Plaintiff has made a settlement demand in his other case, 21 cv 4653. Defense has requested an updated joint settlement demand from Plaintiff as to both cases from Plaintiff's counsel in advance of the February 7, 2024, Settlement Conference with the Court.

The parties have a 9:15 AM call with Judge Weisman on February 7, 2024, regarding settlement.

Respectfully Submitted,

/s/*Troy S. Radunsky*_____
Troy S. Radunsky
One of the Attorneys for Defendants

Troy S. Radunsky (ARDC# 6269281)
DeVore Radunsky LLC
230 W. Monroe, Suite 230
Chicago, IL 60606
tradunsky@devoreradunsky.com

1