## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Mayo
                        Plaintiff,

v.                                                       Case No.: 1:21−cv−05014
                                                           Honorable John J. Tharp Jr.

Tom Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 26, 2024:

      MINUTE entry before the Honorable M. David Weisman: Settlement conference held. All parties appeared via video conference and telephonic connection. The parties were able to reach a settlement. Settlement terms to be exchanged via settlement agreement. As part of the resolution in these matters (21 C 5014 & 21 C 4653), the plaintiff, proceeding pro se, also agreed to resolve 23 C 2599, which is also pending before Judge Tharpe. Status hearing set for 5/21/24 at 9:15 a.m. If a stipulation of dismissal is filed prior to that date, the status hearing may be stricken, and no appearance will be necessary. The Court thanks all counsel for their professionalism and reasonableness in resolving this matter. Further, the Court thanks David Zott, who has served as recruited counsel in 21 C 5014 and 21 C 4653, for his service to Mr. Mayo and the court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.