# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Mayo
                        Plaintiff,

v.                                                     Case No.: 1:21−cv−05014
                                                   Honorable John J. Tharp Jr.

Tom Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 12, 2024:

      MINUTE entry before the Honorable M. David Weisman: On the Court's own motion, the status hearing set for 7/18/24 [74] is stricken and reset for 8/1/24 at 9:15 a.m. If a stipulation to dismiss has been filed, the status hearing will be stricken. If the hearing proceeds forward, defense counsel shall make arrangements for Plaintiff to be available by phone and MUST e−mail the contact information to Chambers at least three days prior to the hearing at Weisman_Chambers@ilnd.uscourts.gov. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.