## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Mayo

                Plaintiff,

v.                                                                    Case No.: 1:21−cv−05014

                                                                    Honorable John J. Tharp Jr.

Tom Dart, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 18, 2024:

      MINUTE entry before the Honorable M. David Weisman: The parties have filed a stipulation of dismissal with prejudice [76]. Accordingly, all matters related to the referral of this case having been resolved, the case is returned to the District Court. Referral terminated. Status hearing set for 8/1/24 is stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.